265 U.S. 500
 44 S.Ct. 573
 68 L.Ed. 1121
 STATE OF OKLAHOMA
v.
STATE OF TEXAS (UNITED STATES, Intervener).
 No. ___.
 Supreme Court of the United States
 June 9, 1924
 
 1
 Perhaps the most impressive prerogative of the United States Supreme Court is its jurisdiction over controversies between states. Eliminating the necessity of diplomacy, and perchance a resort to the final arbitrament of war, the highest judicial tribunal of this country has during this litigation exercised its jurisdiction over this disputed area and frustrated occasion to employ the sword. The following resume of the various opinions, orders, and decrees will in a measure serve to indicate the diligence and perspicacity with which court and counsel and others engaged in determining the controversy have pursued the task to final determination:
 
 April 1, 1920:
 
 2
 Order granting motion of the United States for leave to intervene for an injunction and for the appointment of a receiver; order granting injunction and appointing Jacob M. Dickinson receiver, also other matters. State of Oklahoma v. State of Texas, 252 U. S. 372, 40 Sup. Ct. 353, 64 L. Ed. 619.
 
 April 13, 1920:
 
 3
 Frederic A. Delano appointed receiver, vice Jacob M. Dickinson declined. State of Oklahoma v. State of Texas, 252 U. S. 372, 40 Sup. Ct. 394, 64 L. Ed. 619.
 
 June 7, 1920:
 
 4
 Motions of Judsonia Developing Association and others for leave to file petitions in intervention, granted. State of Oklahoma v. State of Texas, 40 Sup. Ct. 580.
 
 
 5
 Order instructing receiver. State of Oklahoma v. State of Texas, 253 U. S. 465, 40 Sup. Ct. 580, 64 L. Ed. 1015, 1017.
 
 
 6
 Order setting cause for hearing upon certain questions of law. State of Oklahoma v. State of Texas, 40 Sup. Ct. 582.
 
 
 7
 Order setting cause for hearing upon certain questions and appointing Ernest Knaebel commissioner. State of Oklahoma v. State of Texas, 40 Sup. Ct. 585.
 
 
 8
 Leave granted Judsonia Developing Association and others to file intervening petitions. State of Oklahoma v. State of Texas, 40 Sup. Ct. 585.
 
 October 18, 1920:
 
 9
 Motion of E. Everett Rowell for leave to intervene granted. State of Oklahoma v. State of Texas, 254 U. S. 609, 41 Sup. Ct. 12, 65 L. Ed. 436.
 
 November 8, 1920:
 
 10
 Third report of receiver filed. State of Oklahoma v. State of Texas, 41 Sup. Ct. 60.
 
 December 6, 1920:
 
 11
 Order authorizing receiver to make certain payments for services. State of Oklahoma v. State of Texas, 254 U. S. 615, 41 Sup. Ct. 146, 65 L. Ed. 439.
 
 
 12
 Order directing return to General Oil Company one certain well. State of Oklahoma v. State of Texas, 254 U. S. 280, 41 Sup. Ct. 146, 65 L. Ed. 270.
 
 January 18, 1921:
 
 13
 Fourth report of receiver filed. State of Oklahoma v. State of Texas, 41 Sup. Ct. 218.
 
 January 24, 1921:
 
 14
 Motion of Sinclair Oil & Gas Company to require receiver to refund proceeds from oil wells denied. State of Oklahoma v. State of Texas, 254 U. S. 603, 41 Sup. Ct. 317, 65 L. Ed. 434.
 
 
 15
 Petition of Oklahoma Petroleum & Gasoline Company, requiring receiver to file statement of expenses and pay proceeds of certain oil wells, denied. State of Oklahoma v. State of Texas, 254 U. S. 603, 41 Sup. Ct. 317, 65 L. Ed. 434.
 
 
 16
 Motion of C. J. Benson and others to require receiver to file inventory of equipment purchased and to file statement of moneys charged against and realized from certain wells denied. State of Oklahoma v. State of Texas, 254 U. S. 604, 41 Sup. Ct. 318.
 
 
 17
 Order directing return to Southwest Petroleum Company, one well. State of Oklahoma v. State of Texas, 254 U. S. 604, 41 Sup. Ct. 318.
 
 
 18
 Leave granted to submit response of United States to motion of Southwest Petroleum Company and to motion of Sinclair
 
 
 19
 Oil & Gas Company. State of Oklahoma v. State of Texas, 41 Sup. Ct. 318.
 
 
 20
 Motion of General Oil Company to set aside and amend decree submitted. State of Oklahoma v. State of Texas, 41 Sup. Ct. 318.
 
 
 21
 Motion of National Petroleum & Refining Company for return of patented lands submitted. State of Oklahoma v. State of Texas, 41 Sup. Ct. 318.
 
 
 22
 Motion of T. P. Roberts and another for return of patented lands submitted. State of Oklahoma v. State of Texas, 41 Sup. Ct. 319.
 
 
 23
 Motion of T. P. Roberts and another to require receiver to pay to them certain moneys submitted. State of Oklahoma v. State of Texas, 41 Sup. Ct. 319.
 
 
 24
 Motion of Continental Oil Company for leave to intervene submitted. State of Oklahoma v. State of Texas, 41 Sup. Ct. 319.
 
 
 25
 Motion of Continental Oil Company to direct receiver to protect lands submitted. State of Oklahoma v. State of Texas, 41 Sup. Ct. 319.
 
 April 11, 1921:
 
 26
 Opinion deciding questions set for hearing in State of Oklahoma v. State of Texas, 40 Sup. Ct. 582; State of Oklahoma v. State of Texas, 256 U. S. 70, 41 Sup. Ct. 420, 65 L. Ed. 831.
 
 May 2, 1921:
 
 27
 Motion of John M. Taylor et al. for leave to intervene denied. State of Oklahoma v. State of Texas, 41 Sup. Ct. 536.
 
 June 1, 1921:
 
 28
 Orders made regarding: Application of Pearson et al; Claim of Eoff; Claim of Armstrong et af.; instructions to receiver; order setting intervening petitions for hearing; order to show cause why writ of prohibition should not be issued; reimbursement of operators and drillers; order setting cause for further hearing; order as to filing of petitions in intervention. State of Oklahoma v. State of Texas, 256 U. S. 602, 41 Sup. Ct. 539, 65 L. Ed. 1114, 1118.
 
 
 29
 Order authorizing receiver to sink well. State of Oklahoma v. State of Texas, 256 U. S. 602, 41 Sup. Ct. 621, 65 L. Ed. 1114, 1118.
 
 
 30
 Order authorizing receiver to sink a well. State of Oklahoma v. State of Texas, 256 U. S. 602, 41 Sup. Ct. 622, 65 L. Ed. 1114, 1118.
 
 
 31
 Order appointing Frederick S. Tyler special master to hear and report on certain claims. State of Oklahoma v. State of Texas, 256 U. S. 602, 41 Sup. Ct. 622, 65 L. Ed. 1114, 1118.
 
 
 32
 Order instructing receiver as to development work, etc. State of Oklahoma v. State of Texas, 256 U. S. 602, 41 Sup. Ct. 622, 65 L. Ed. 1114, 1118.
 
 
 33
 Order appointing commissioner to take evidence respecting special issues joined upon intervening petitions. State of Oklahoma v. State of Texas, 256 U. S. 602, 41 Sup. Ct. 622, 65 L. Ed. 1114, 1118.
 
 
 34
 Order to show cause why writ of prohibition should not be issued. State of Oklahoma v. State of Texas, 256 U. S. 602, 41 Sup. Ct. 622, 65 L. Ed. 1114, 1118.
 
 
 35
 Order authorizing receiver to make certain reimbursements. State of Oklahoma v. State of Texas, 256 U. S. 602, 41 Sup. Ct. 622, 65 L. Ed. 1114, 1118.
 
 
 36
 Order appointing commissioner to take evidence as to what constitutes south bank of Red river. State of Oklahoma v. State of Texas, 256 U. S. 602, 41 Sup. Ct. 622, 65 L. Ed. 1114, 1118.
 
 
 37
 Order directing no petition in intervention to be filed without special leave. State of Oklahoma v. State of Texas, 256 U. S. 602, 41 Sup. Ct. 622, 65 L. Ed. 1114, 1118.
 
 June 6, 1921:
 
 38
 Leave to file petition in intervention of D. D. Brunson granted. State of Oklahoma v. State of Texas, 41 Sup. Ct. 624.
 
 October 5, 1921:
 
 39
 Order permitting certain interveners to appear before commissioner. State of Oklahoma v. State of Texas, 257 U. S. 609, 42 Sup. Ct. 45, 66 L. Ed. 395.
 
 October 17, 1921:
 
 40
 Francis Chanate and others granted leave to intervene. State of Oklahoma v. State of Texas, 257 U. S. 611, 42 Sup. Ct. 49, 66 L. Ed. 396.
 
 
 41
 Motion of Melish Consolidated Placer Mining Association for modification of order of June 1, 1921, denied. State of Oklahoma v. State of Texas, 257 U. S. 611, 42 Sup. Ct. 49, 66 L. Ed. 396.
 
 
 42
 Motion of Melish Consolidated Placer Mining Association for return of certain wells to receiver denied. State of Oklahoma v. State of Texas, 257 U. S. 637, 42 Sup. Ct. 50, 66 L. Ed. 396.
 
 November 21, 1921:
 
 43
 Order authorizing certain payments for services. State of Oklahoma v. State of Texas, 257 U. S. 616, 42 Sup. Ct. 94, 66 L. Ed. 399.
 
 December 6, 1921:
 
 44
 Leave granted to file report of commissioner. State of Oklahoma v. State of Texas, 42 Sup. Ct. 96.
 
 December 12, 1921:
 
 45
 Motion of Melish Consolidated Placer Oil Mining Association for leave to amend bill of intervention granted. State of Oklahoma v. State of Texas, 42 Sup. Ct. 167.
 
 
 46
 Motion of Clarke, receiver, to be joined as party complainant, granted. State of Oklahoma v. State of Texas, 42 Sup. Ct. 167.
 
 
 47
 Grand Oil & Developing Co., granted leave to file petition in intervention. State of Oklahoma v. State of Texas, 257 U. S. 308, 42 Sup. Ct. 167, 66 L. Ed. 252.
 
 
 48
 Report of special master approved and certain payments authorized. State of Oklahoma v. State of Texas, 257 U. S. 308, 42 Sup. Ct. 167, 66 L. Ed. 252.
 
 January 16, 1922:
 
 49
 Order allowing compensation of commissioner. State of Oklahoma v. State of Texas, 257 U. S. 621, 42 Sup. Ct. 187, 66 L. Ed. 401.
 
 March 20, 1922:
 
 50
 Motion of state of Arkansas for leave to file petition in intervention denied. State of Oklahoma v. State of Texas, 258 U. S. 606, 42 Sup. Ct. 314, 66 L. Ed. 786.
 
 May 1, 1922:
 
 51
 Opinion on hearing as to proprietary claims to bed of Red river and to proceeds of oil and gas taken therefrom. State of Oklahoma v. State of Texas, 258 U. S. 574, 42 Sup. Ct. 406, 66 L. Ed. 771.
 
 June 5, 1922:
 
 52
 Decree determining that Red river is not navigable and certain proprietary claims to river bed. State of Oklahoma v. State of Texas, 42 Sup. Ct. 587.
 
 
 53
 Decree adjudicating proprietary claims to land in river bed. State of Oklahoma v. State of Texas, 259 U. S. 565, 42 Sup. Ct. 594, 66 L. Ed. 1067.
 
 December 11, 1922:
 
 54
 Order authorizing payments to counsel and receiver. State of Oklahoma v. State of Texas, 260 U. S. 705, 43 Sup. Ct. 166, 67 L. Ed. 473.
 
 January 15, 1923:
 
 55
 Opinion on hearing on evidence as to location of boundary; reference to commissioners. State of Oklahoma v. State of Texas, 260 U. S. 606, 43 Sup. Ct. 221, 67 L. Ed. 428.
 
 January 29, 1923:
 
 56
 Application of Red River Syndicate for modification of opinion delivered May 1, 1922 (State of Oklahoma v. State of Texas, 258 U. S. 574, 42 Sup. Ct. 406, 66 L. Ed. 771) denied. Id., 260 U. S. 711, 43 Sup. Ct. 251, 67 L. Ed. 476.
 
 February 26, 1923:
 
 57
 Leave granted to file petition in intervention of Mary Alice Sah-Maunty et al. State of Oklahoma v. State of Texas, 43 Sup. Ct. 360.
 
 
 58
 Order that petition in intervention of John Tah Hah et al. be filed. State of Oklahoma v. State of Texas, 261 U. S. 606, 43 Sup. Ct. 364, 67 L. Ed. 823.
 
 March 12, 1923:
 
 59
 Decree supplementary to opinion delivered January 15, 1923. State of Oklahoma v. State of Texas, 260 U. S. 606, 43 Sup. Ct. 221, 67 L. Ed. 428; Id., 261 U. S. 340, 43 Sup. Ct. 376, 67 L. Ed. 687.
 
 
 60
 Decree supplemental to decree of June 5, 1922, and opinion delivered May 1, 1922. State of Oklahoma v. State of Texas, 261 U. S. 345, 43 Sup. Ct. 377, 67 L. Ed. 689.
 
 June 4, 1923:
 
 61
 Commissioners ordered to delineate upon a suitable plat, the medial line between state boundary and northerly river bank. State of Oklahoma v. State of Texas, 262 U. S. 505, 43 Sup. Ct. 701, 67 L. Ed. 1094.
 
 June 11, 1923:
 
 62
 Order releasing from receivership certain tracts of land. State of Oklahoma v. State of Texas, 262 U. S. 724, 43 Sup. Ct. 704, 67 L. Ed. 1202.
 
 November 26, 1923:
 
 63
 Motion for leave to file petition in intervention of Chas. West denied. State of Oklahoma v. State of Texas, 263 U. S. 681, 44 Sup. Ct. 135, 68 L. Ed. ——.
 
 
 64
 Eleventh report of receiver filed. State of Oklahoma v. State of Texas, 44 Sup. Ct. 135.
 
 December 3, 1923:
 
 65
 Eleventh report of receiver ordered received and filed. State of Oklahoma v. State of Texas, 44 Sup. Ct. 135.
 
 April 25, 1924:
 
 66
 Report of boundary commissioners and report of medial line survey presented and ordered filed. State of Oklahoma v. State of Texas, 44 Sup. Ct. 455.
 
 
 67
 Report of boundary commissioners and report of medial line survey ordered received and filed; time for objections and exceptions thereto limited. State of Oklahoma v. State of Texas, 264 U. S. 565, 44 Sup. Ct. 455, 68 L. Ed. ——.
 
 May 1, 1924:
 
 68
 Twelfth report of receiver filed. State of Oklahoma v. State of Texas, 44 Sup. Ct. 457.
 
 May 5, 1924:
 
 69
 Ordered that J. H. Duhon and another show cause why prosecution of action against receiver should not be enjoined. State of Oklahoma v. State of Texas, 265 U. S. 76, 44 Sup. Ct. 457, 68 L. Ed. ——.
 
 
 70
 Order limiting time to file contentions respecting expenses and operations of receiver, etc. State of Oklahoma v. State of Texas, 265 U. S. 76, 44 Sup. Ct. 457, 68 L. Ed. ——.
 
 May 12, 1924:
 
 71
 Order allowing compensation to receiver and counsel. State of Oklahoma v. State of Texas, 265 U. S. 573, 44 Sup. Ct. 460, 68 L. Ed. ——.
 
 June 9, 1924:
 
 72
 Opinion disposing of exceptions to the report of boundary commissioners. 265 U. S. 493, 44 Sup. Ct. 571, 68 L. Ed. ——.
 
 
 73
 Order overruling exceptions to report of boundary commissioners and confirming report. 265 U. S. 500, 44 Sup. Ct. 573, 68 L. Ed. ——.
 
 
 74
 Opinion respecting expenses of receivership. 265 U. S. 505, 44 Sup. Ct. 604, 68 L. Ed. ——.
 
 
 75
 Opinion respecting action by J. H. Duhon and another against receiver. 265 U. S. 490, 44 Sup. Ct. 607, 68 L. Ed. ——.
 
 
 76
 State of Texas granted leave to file amended counterclaim; J. H. Duhon enjoined to dismiss action against receiver; report of boundary commissioners and survey of medial line of Red river approved and adopted; order regarding various expenses, claims, etc. 265 U. S. 513, 44 Sup. Ct. 608, 68 L. Ed. ——.
 
 
 77
 PER CURIAM.
 
 
 78
 On consideration of the report of the commissioners, heretofore selected to run, locate, and mark portions of the boundary between the states of Texas and Oklahoma along the south bank of the Red river, showing that they have run, located and marked the portion of such boundary along the Big Bend Area, such report being as follows:
 
 
 79
 Report of the Boundary Commissioners.
 
 
 80
 To the Chief Justice and the Associate Justices of the Supreme Court of the United States:
 
 
 81
 As commissioners designated in the decree of March 12, 1923, in the above entitled cause, we have run, located and marked upon the ground the boundary between the states of Texas and Oklahoma along the Red river in what is known as the Big Bend Area (Area A) in accordance with that decree and the principles announced in the opinion delivered January 15, 1923, and we have the honor to submit the following joint report respecting that part of our work, with field notes and maps.
 
 
 82
 Paragraphs 5, 6 and 7 of the decree follow:
 
 
 83
 '5. The south bank of the river is the waterwashed and relatively permanent elevation or acclivity, commonly called a cut bank, along the southerly side of the river which separates its bed from the adjacent upland, whether valley or hill, and usually serves to confine the waters within the bed and to preserve the course of the river.
 
 
 84
 '6. The boundary between the two states is on and along that bank at the mean level attained by the waters of the river when they reach and wash the bank without overflowing it.
 
 
 85
 '7. The exceptional places where there is no well defined cut bank, but only a gradual incline from the sand bed of the river to the upland, the boundary is a line over such incline conforming to the mean level of the waters when at other places in that vicinity they reach and wash the cut bank without overflowing it.'
 
 
 86
 The foregoing specifications applied in the light of the opinion, admit of, and require the exercise of practical judgment in determining the line intended; but certain fundamentals, such as the following, obviously must form the final basis for the exact location of the line.
 
 
 87
 The boundary line is a gradient of the flowing water in the river. It is located midway between the lower level of the flowing water that just reaches the cut bank, and the higher level of it that just does not overtop the cut bank. The physical top of the cut bank being very uneven in profile, cannot be a datum for locating the boundary line; but a gradient along the bank must be used for that purpose. The highest point on this gradient must not be higher than the lowest acceptable point on the bank in that vicinity. The boundary line has been determined accordingly.
 
 
 88
 We have marked the boundary line by wooden posts called 'witness posts' set along the bank at varying short distances from the boundary, and from each other. A bearing and distance has been taken from each witness post to one or more points on the boundary.
 
 
 89
 Permanent reference monuments are located at varying intervals on the Texas bluff overlooking the river valley. Other permanent reference monuments are located on the Oklahoma bluff, and these overlook the river valley.
 
 
 90
 By accurate surveys the witness posts are joined to each other and to the monuments on the Texas bluff. Similarly the Texas monuments are joined to each other and to the Oklahoma monuments, which in turn, are joined to each other and to the witness posts. Permanent bench marks located near the boundary are also joined to the witness posts and to the reference monuments.
 
 
 91
 All oil wells within three hundred feet of the boundary have been accurately located upon the ground, and the position of each, whether in Texas or in Oklahoma, is stated. From each oil well, a bearing and distance is given to a point on the boundary.
 
 
 92
 The boundary line is shown by the usual symbol and appropriate wording on the accompanying maps, which also show the positions of the witness posts, the oil wells, the reference monuments, the bench marks and other information usually appearing on such maps. These maps are made part of this report and are identified as follows:
 
 
 93
 Map No. 1: Cadastral Map of the Big Bend Area.
 
 
 94
 Map No. 2: Cadastral Map of the oil field region, in two sheets, Nos. 1 and 2.
 
 
 95
 Map No. 3: Topographic Map of the Big Bend Area, in four sheets, Nos. 1, 2, 3 and 4, contour interval 2 feet.
 
 
 96
 [NOTE: MATERIAL SET AT THIS POINT IS NOT DISPLAYABLE (GRAPHIC OR TABULAR MATERIAL)]
 
 
 97
 The survey was begun April 16, 1923, and completed February 17, 1924. The location of the boundary, reported herewith, is that position which existed on December 31, 1923.
 
 
 98
 The surveying has been done with painstaking care in accordance with approved modern methods. The results have been subjected to one or more tests to verify their accuracy. The field notes have been reduced to the minimum, consistent with the proper record of the boundary location.
 
 
 99
 The geographic positions are on the standard datum of the United States Coast and Geodetic Survey; the datum of the elevations in mean sea level.
 
 
 100
 The field notes of the boundary, location of oil wells, description of reference monuments and witness posts, and tables of azimuths, distances, geographic positions and sea level elevations, follow:
 
 
 101
 TRAVERSE OF WITNESS POSTS AND CONNECTIONS TO BOUNDARY
 
 AND REFERENCE MONUMENTS
 
 102
 Beginning at reference monument No. 1 on the Texas bluff, as such monument is hereinafter defined, thence north, on an extension of the east line of range 13 west in Oklahoma, 2,138.2 ft. (32.397 chs.) to witness post 0. This point is on the flood plain within the river valley 455 ft. south of the top of the cut bank. The bank is well defined.
 
 
 103
 Thence from witness post 0, with traverse of witness posts and connections to the boundary bank.
 
 
 104
 Connections to
 Bearing. Distance. Witness Post. the Boundary.
 
 N 44x 19' W 915.0 ft to W. P. 0 plus 1; N 38x 30' E 290 ft
 
 13.864 chs. 
 N 10x 30' W 313 ft
 
 N 32x 21' W 706.2 ft to W. P. 2; N 45x E 23 ft
 
 10.700 chs.
 
 N 46x 34' W 436.3 ft to W. P. 3; N 20x E 17 ft
 
 6.610 chs.
 
 N 68x 26' W 734.7 ft to W. P. 4; N 40x E 79 ft
 
 11.131 chs.
 
 N 54x 36' W 1006.4 ft to W. P. 5; N 40x 30' E 205
 ft
 
 15.248 chs.
 
 N 33x 42' W 1086.8 ft to W. P. 6; N 40x E 22 ft
 
 16.467 chs.
 
 N 39x 11' W 444.4 ft to W. P. 7; N 45x E 11 ft
 
 6.733 chs.
 
 N 48x 26' W 1434.4 ft to W. P. 8; N 45x E 29 ft
 
 21.733 chs.
 
 N 40x 00' W 1591.4 ft to W. P. 9; N 45x E 14 ft
 
 24.112 chs.
 
 N 44x 21' W 373.1 ft to W. P. 10; N 45x E 3 ft
 
 5.653 chs.
 
 From W. P. 10, reference monument No. 2 bears S. 14x26' W.,
 340.2 ft. (5.155 chs.) dist.; thence from W. P. 10
 
 N 54x 54' W 493.6 ft to W. P. 11; N 45x E 6 ft
 
 7.479 chs.
 
 N 58x 55' W 1648.0 ft to W. P. 12; N 45x E 6 ft
 
 24.970 chs.
 
 N 63x 06' W 567.7 ft to W. P. 13; N 45x E 2 ft
 
 8.601 chs.
 
 N 46x 43' W 555.7 ft to W. P. 14; N 45x E 12 ft
 
 8.420 chs.
 
 N 41x 15' W 682.1 ft to W. P. 15; N 45x E 21 ft
 
 10.335 chs.
 
 N 46x 26' W 527.1 ft to W. P. 16; N 45x E 9 ft
 
 7.986 chs.
 
 N 52x 44' W 521.7 ft to W. P. 17; N 45x E 10 ft
 
 7.904 chs.
 
 
 
 From W. P. 17, reference monument No. 3 bears S. 52x55' W.,
 166.9 ft. (2.529 chs.) dist.; thence from W. P. 17
 
 
 N 53x 19' W 373.3 ft to W. P. 18; N 45x E 12 ft
 
 5.656 chs.
 
 N 48x 57' W 523.4 ft to W. P. 19; N 45x E 18 ft
 
 7.930 chs. N 10x E 240 ft
 
 N 27x 53' W 565.3 ft to W. P. 20; N 45x E 296 ft
 
 8.565 chs.
 
 N 33x 10' W 829.3 ft to W. P. 21; N 72x 30' E 324
 ft
 
 12.565 chs.
 
 N 21x 24' W 361.0 ft to W. P. 22; N 83x 30' E 327
 ft
 
 5.470 chs.
 
 N 5x 54' W 271.7 ft to W. P. 23; N 75x E 268 ft
 
 4.117 chs. N 10x E 448 ft
 
 N 45x 59' W 930.3 ft to W. P. 23 plus 1;
 N 22x 30' E 370 ft
 
 14.096 chs. North 362 ft
 
 N 44x 09' W 774.8 ft to W. P. 23 plus 2;
 N 39x E 373 ft
 
 11.740 chs.
 
 N 22x 07' W 874.8 ft to W. P. 23 plus 3;
 N 40x 30' E 289 ft
 
 13.255 chs. N 17x W 299 ft
 
 N 52x 22' W 951.1 ft to W. P. 23 plus 4;
 N 47x 45' E 316 ft
 
 14.411 chs.
 
 N 5x 27' W 482.5 ft to W. P. 34; N 45x E 4 ft
 
 7.310 chs.
 
 N 28x 07' W 672.1 ft to W. P. 35; N 68x E 120 ft
 
 10.183 chs.
 
 N 2x 29' W 154.2 ft to W. P. 36; N 45x E 18 ft
 
 2.336 chs.
 
 
 From W. P. 36, reference monument No. 4 bears S. 83x00'50"
 W., 4,308.1 ft. (65.274 chs.) dist.; thence from W. P. 36
 
 
 N 78x 01' W 619.9 ft to W. P. 36 plus 1;
 N 70x 30' E 240 ft
 
 9.392 chs. N 9x 15' E 303 ft
 
 N 39x 53' W 896.1 ft to W. P. 36 plus 2;
 N 38x 30' E 324 ft
 
 13.578 chs.
 
 N 16x 42' W 675.3 ft to W. P. 36 plus 3;
 N 33x 15' E 242 ft
 
 10.232 chs.
 
 N 45x 07' W 537.3 ft to W. P. 36 plus 4;
 N 29x 30' E 310 ft
 
 8.141 chs.
 
 N 21x 49' W 561.0 ft to W. P. 36 plus 5;
 N 77x E 119 ft
 
 8.500 chs.
 
 N 48x 12' W 792.5 ft to W. P. 36 plus 6;
 N 44x 15' E 230 ft
 
 12.007 chs.
 
 N 23x 26' W 945.7 ft to W. P. 36 plus 7;
 N 20x 15' E 165 ft
 
 14.329 chs.
 
 N 54x 44' W 776.7 ft to W. P. 36 plus 8;
 N 50x 30' E 361 ft
 
 11.768 chs.
 
 N 57x 19' W 736.6 ft to W. P. 36 plus 9;
 N 32x 40' E 364 ft
 
 11.160 chs.
 
 N 9x 59' W 489.4 ft to W. P. 48; N 36x E 14 ft
 
 7.415 chs.
 
 N 54x 41' W 553.0 ft to W. P. 49; N 45x E 6 ft
 
 8.379 chs.
 
 N 50x 15' W 899.3 ft to W. P. 51; N 45x E 5 ft
 
 13.626 chs.
 
 N 41x 06' W 348.2 ft to W. P. 52; N 45x E 5 ft
 
 5.276 chs.
 
 N 56x 33' W 146.8 ft to W. P. 53; N 45x E 37 ft
 
 2.224 chs.
 
 N 42x 20' W 289.3 ft to W. P. 54; N 45x E 16 ft
 
 4.384 chs.
 
 N 58x 22' W 185.8 ft to W. P. 55; N 40x E 28 ft
 
 2.815 chs.
 
 
 From W. P. 55, reference monument No. 6 bears S. 70x56' W.,
 719.8 ft. (10.906 chs.) dist.; thence from W. P. 55
 
 
 N 63x 08' W 1153.5 ft to W. P. 55 plus 1;
 N 60x 45' E 321 ft
 
 17.477 chs. North, 281 ft
 
 N 64x 05' W 797.5 ft to W. P. 55 plus 2;
 N 46x 30' E 419 ft
 
 12.084 chs.
 
 N 52x 24' W 746.8 ft to W. P. 55 plus 3;
 N 30x 15' E 398 ft
 
 11.316 chs.
 
 N 66x 09' W 1122.9 ft to W. P. 55 plus 4;
 N 50x E 462 ft
 
 17.014 chs.
 
 N 1x 27' E 424.6 ft to W. P. 63; N 30x E 23 ft
 
 6.434 chs.
 
 
 
 Thence from W. P. '55 plus 4'
 
 N 49x 34' W 1088.5 ft to W. P. 63 plus 1;
 N 67x 15' E 276ft
 
 16.492 chs.
 
 N 84x 16' W 1053.5 ft to W. P. 63 plus 2;
 N 67x 15' E 534 ft
 
 15.962 chs.
 
 N 86x 50' W 1149.9 ft to W. P. 63 plus 3;
 N 43x E 530 ft
 
 17.423 chs.
 
 N 21x 12' W 778.2 ft to W. P. 68; N 45x E 2 ft
 
 11.791 chs.
 
 N 56x 24' W 491.4 ft to W. P. 69; N 45x E 20 ft
 
 7.445 chs.
 
 
 From W. P. 69, reference monument No. 5 bears S. 17x15'20"
 E., 7,908.8 ft. (119.830 chs.) dist.; reference monument No. 7
 bears S. 50x43'20" W., 5,372.3 ft. (81.398 chs.) dist.; thence
 from W. P. 69
 
 N 36x 20' W 803.6 ft to W. P. 70; N 45x E 28 ft
 
 12.176 chs.
 
 N 88x 43' W 682.4 ft to W. P. 70 plus 1;
 N 21x 45' E 382 ft
 
 10.340 chs. N 23x 30' W 980
 ft
 
 N 86x 46' W 1067.6 ft to W. P. 70 plus 2;
 N 42x 30' E 753 ft
 
 16.176 chs.
 
 S 86x 54' W 1077.5 ft to W. P. 70 plus 3;
 
 16.326 chs.
 
 N 30x 59' E 575.5 ft to W. P. 78; N 15x W 10 ft
 
 8.720 chs.
 
 S 77x 24' W 330.5 ft to W. P. 79; North, 12 ft
 
 5.008 chs.
 
 S 88x 22' W 500.0 ft to W. P. 80; N 10x W 8 ft
 
 7.576 chs.
 
 S 77x 19' W 338.7 ft to W. P. 81; North, 27 ft
 
 5.132 chs.
 
 
 
 From W. P. 81, reference monument No. 7 bears south, 4,400.4
 ft. (66.674 chs.) dist.; thence from W. P. 81
 
 
 S 75x 21' E 1113.3 ft to W. P. 81 plus 1;
 N 25x W 160 ft
 
 16.869 chs. N 60x 15' W 713
 ft
 
 
 
 Witness post "81 plus 1" is the same as bench mark No. 2;
 
 thence from W. P. "81 plus 1"
 
 
 N 64x 37' W 1730.0 ft to W. P. 85; N 26x E 12 ft
 
 26.213 chs.
 
 
 From W. P. 85, reference monument No. 7 bears S. 28x30'30"
 E., 5,529.3 ft. (83.777 chs.) dist.; reference monument No. 8
 bears S. 30x30'00" W., 4,185.1 ft. (63.411 chs.) dist.; thence
 from W. P. 85
 
 N 63x 50' W 618.4 ft to W.P. 86; N 10x E 9 ft
 
 9.370 chs.
 
 N 79x 47' W 242.2 ft to W.P. 87; N 22x E 15 ft
 
 3.670 chs.
 
 N 67x 58' W 224.7 ft to W.P. 88; N 35x E 4 ft
 
 3.405 chs.
 
 N 54x 44' W 222.7 ft to W.P. 89; N 45x E 14 ft
 
 3.374 chs. N 16x W 170 ft
 
 N 2x 30' E 360 ft
 
 N 17x 40' W 673.6 ft to W.P. 90; N 80x E 203 ft
 
 10.206 chs.
 
 N 21x 17' W 520.5 ft to W.P. 91; N 86x E 304 ft
 
 7.886 chs.
 
 N 42x 59' W 1143.7 ft to W.P. 92; S 86x E 630 ft
 
 17.329 chs. N 70x E 485 ft
 
 N 20x 18' W 390.3 ft to W.P. 93; N 88x E 529 ft
 
 5.914 chs.
 
 N 13x 08' E 323.1 ft to W.P. 94; S 62x E 495 ft
 
 4.895 chs. N 10x E 136 ft
 
 N 72x 36' W 872.2 ft to W.P. 94 plus 1;
 N 77x 30' E 500 ft
 
 13.443 chs. N 37x 45' W 311 ft
 
 S 82x 28' W 956.1 ft to W.P. 94 plus 2;
 N 9x E 482 ft
 
 14.487 chs.
 
 N 81x 07' W 1060.5 ft to Ref. Mon. No. 10;
 N 3x 45' E 414 ft
 
 16.068 chs.
 
 N 34x 58' W 384.4 ft to W.P. 100; N 15x W 16 ft
 
 5.825 chs.
 
 S 73x 02' W 805.9 ft to W.P. 101; N 15x W 12 ft
 
 12.211 chs.
 
 S 66x 04' W 410.4 ft to W.P. 102; N 20x W 8 ft
 
 6.218 chs.
 
 S 68x 44' E 326.0 ft to W.P. 102 plus 1;
 
 4.940 chs.
 
 S 48x 12' W 615.5 ft to W.P. 102 plus 2;
 N 9x 30' W 318 ft
 
 9.326 chs.
 
 S 40x 00' W 594.1 ft to W.P. 102 plus 3;
 N 89x W 237 ft
 
 9.002 chs.
 
 S 27x 35' W 775.0 ft to W.P. 102 plus 4;
 S 87x 45' W 308 ft
 
 11.743 chs.
 
 S 22x 03' W 756.4 ft to W.P. 102 plus 5;
 N 49x 15' W 256 ft
 
 11.461 chs.
 
 S 4x 02' W 700.4 ft to W.P. 102 plus 6;
 N 35x 15' W 573 ft
 
 10.612 chs.
 
 S 33x 40' W 821.2 ft to W.P. 102 plus 7;
 N 24x 30' W 582 ft
 
 12.443 chs.
 
 N 75x 59' W 806.9 ft to W.P. 109; N 30x W 57 ft
 
 12.226 chs.
 
 S 76x 22' W 556.5 ft to W.P. 110; N 45x W 6 ft
 
 8.432 chs.
 
 S 51x 24' W 259.5 ft to W.P. 111; N 45x W 5 ft
 
 3.932 chs.
 
 
 From W. P. 111, reference monument No. 9 bears S. 38x51'10"
 E., 3,287.7 ft. (49.813 chs.) dist.; reference monument No. 11
 bears S. 47x59'20" W., 5,700.6 ft. (86.373 chs.) dist.; thence
 from W. P. 111
 
 S 20x 00' W 1019.7 ft to W.P. 111 plus 1;
 N 26x 15' W 564 ft
 
 15.450 chs.
 
 N 52x 05' W 476.1 ft to W.P. 114; N 45x W 9 ft
 
 7.213 chs.
 
 S 52x 10' W 327.8 ft to W.P. 115; N 37x W 8 ft
 
 4.967 chs.
 
 S 48x 01' W 172.0 ft to W.P. 116; N 45x W 14 ft
 
 2.606 chs.
 
 S 66x 11' W 322.4 ft to W.P. 117; N 45x W 3 ft
 
 4.885 chs.
 
 S 42x 41' W 146.7 ft to W.P. 118; N 45x W 5 ft
 
 2.223 chs.
 
 S 66x 02' W 325.6 ft to W.P. 119; 0 ft
 
 4.934 chs.
 
 S 50x 01' W 177.7 ft to W.P. 120; N 30x W 9 ft
 
 2.693 chs.
 
 S 74x 43' W 360.6 ft to W.P. 121; North, 4 ft
 
 5.463 chs.
 
 From W. P. 121, reference monument No. 11 bears S. 40x50'00"
 W., 2,978.6 ft. (45.131 chs.) dist.; witness corner Sec. 5, T. 5
 S., R. 14 W., on the Oklahoma bluff, bears N. 62x18'40" W.,
 7,844.3 ft. (118.853 chs.) dist.; thence from W. P. 121
 
 West 277.6 ft to W. P. 122; North, 8 ft
 
 4.206 chs.
 
 From W. P. 122, W. P. '122 plus 1' bears S. 40x51' W., 482.3
 ft. (7.307 chs.) dist.; thence from W. P. 122
 
 
 S 82x 24' W 614.5 ft to W. P. 123; North, 10 ft
 
 9.311 chs.
 
 From W. P. 123, W. P. '122 plus 1' bears S. 46x01' E., 408.0
 ft. (6.182 chs.) dist.; thence from W. P. 123
 
 
 N 79x 53' W 404.3 ft to W. P. 124;
 N 10x E 6 ft
 
 6.126 chs.
 
 S 82x 10' W 341.2 ft to W. P. 125;
 N 45x W 4 ft
 
 5.170 chs.
 
 S 59x 04' W 240.5 ft to W. P. 126;
 N 30x W 23 ft
 
 3.644 chs.
 
 S 80x 45' W 405.1 ft to W. P. 127;
 N 51x 30' E 110 ft
 
 6.138 chs. N 33x 30' W 272 ft
 
 N 67x 41' W 409.5 ft to W. P. 128;
 N 20x W 9 ft
 
 6.205 chs.
 
 S 57x 44' W 605.0 ft to W. P. 130;
 N 30x W 12 ft
 
 9.166 chs.
 
 
 From W. P. 130, reference monument No. 11 bears S. 32x30'00"
 E., 2,181.6 ft. (33.055 chs.) dist.; reference monument No. 12
 bears S. 40x06'10" W., 4,352.3 ft. (65.944 chs.) dist.; thence
 from W. P. 130
 
 
 S 34x 05' W 594.7 ft to W. P. 130 plus 1;
 N 14x W 330 ft
 
 9.010 chs.
 
 N 73x 37' W 427.2 ft to W. P. 134; West, 11 ft
 
 6.472 chs.
 
 S 2x 43' W 428.7 ft to W. P. 135; West, 6 ft
 
 6.495 chs.
 
 S 16x 02' W 172.4 ft to W. P. 136; N 75x W 21 ft
 
 2.612 chs.
 
 S 2x 15' E 181.2 ft to W. P. 137; West, 135 ft
 
 2.746 chs.
 
 S 7x 47' W 181.5 ft to W. P. 138; N 75x W 214 ft
 
 2.750 chs.
 
 S 54x 46' W 608.0 ft to W. P. 139; N 45x W 50 ft
 
 9.212 chs.
 
 From W. P. 139, reference monument No. 11 bears S. 86x17'10"
 E., 2,502.5 ft. (37.917 chs.) dist.; reference monument No. 12
 bears S. 41x49'40" W., 2,216.2 ft. (33.579 chs.) dist.; thence
 from W. P. 139
 
 
 S 42x 27' W 256.4 ft to W. P. 140; N 40x W 103 ft
 
 3.885 chs.
 
 S 54x 40' W 126.3 ft to W. P. 141; N 30x W 138 ft
 
 1.914 chs.
 
 
 Witness post No. 141 is coincident with the northeast corner
 of Texas Senior Survey No. 820, established in 1861; thence from
 W. P. 141
 
 
 S 64x 24' W 110.7 ft to W. P. 142;
 N 30x W 144 ft
 
 1.677 chs.
 
 S 81x 11' W 146.2 ft to W. P. 143;
 N 20x W 124 ft
 
 2.215 chs.
 
 S 62x 37' W 128.5 ft to W. P. 144;
 N 20x 05' W 122 ft
 
 1.947 chs.
 
 S 79x 07' W 226.9 ft to W. P. 145;
 N 25x W 82 ft
 
 3.438 chs.
 
 S 72x 36' W 77.0 ft to W. P. 146; N 22x 31' W 80
 ft
 
 1.167 chs.
 
 S 64x 23' W 128.7 ft to W. P. 147;
 N 30x W 88 ft
 
 1.950 chs.
 
 S 55x 21' W 106.2 ft to W. P. 148;
 North, 112 ft
 
 1.609 chs.
 
 N 69x 15' W 196.7 ft to W. P. 149;
 N 20x W 1 ft
 
 2.980 chs.
 
 S 72x 27' W 164.5 ft to W. P. 150;
 N 45x W 1 ft
 
 2.493 chs.
 
 S 50x 13' W 155.7 ft to W. P. 151;
 0 ft
 
 2.359 chs.
 
 S 83x 22' W 150.3 ft to W. P. 152;
 N 40x W 23 ft
 
 2.277 chs.
 
 S 66x 56' W 313.7 ft to W. P. 153;
 S 30x E 3 ft
 
 4.753 chs.
 
 
 From W. P. 153, reference monument No. 12 bears S. 32x55'00"
 E., 1,022.2 ft. (15.488 chs.) dist.; witness corner Sec. 5, T. 5
 S., R. 14 W., on the Oklahoma bluff, bears N. 4x06'20" W., 6,546.1
 ft. (99.183 chs.) dist.; thence from W. P. 153
 
 
 S 44x 34' W 444.2 ft to W. P. 154; N 45x W 44 ft
 
 6.730 chs.
 
 S 58x 52' W 183.4 ft to W. P. 155; N 45x W 7 ft
 
 2.779 chs.
 
 S 66x 31' W 220.0 ft to W. P. 156; N 45x W 7 ft
 
 3.333 chs.
 
 S 55x 51' W 220.9 ft to W. P. 157; N 30x W 62 ft
 
 3.347 chs.
 
 S 84x 25' W 130.0 ft to W. P. 158; N 10x W 4 ft
 
 1.970 chs.
 
 S 75x 49' W 114.4 ft to W. P. 159; N 10x W 7 ft
 
 1.733 chs.
 
 S 68x 10' W 175.9 ft to W. P. 160; N 30x W 7 ft
 
 2.665 chs.
 
 S 44x 39' W 261.6 ft to W. P. 161; N 45x W 22 ft
 
 3.964 chs.
 
 S 59x 30' W 316.4 ft to W. P. 162; N 39x E 125 ft
 
 4.794 chs. N 3x 50' E 98 ft
 
 N 30x W 75 ft
 
 N 80x W 125 ft
 
 S 70x 04' W 324.8 ft to W. P. 163; N 30x E 134 ft
 
 4.921 chs. N 21x W 95 ft
 
 N 54x W 115 ft
 
 N 85x 27' W 313.9 ft to W. P. 164; N 30x W 3 ft
 
 4.754 chs.
 
 
 From W. P. 164, reference monument No. 12 bears N. 84x00'20"
 E., 2,903.1 ft. (43.986 chs.) dist.; reference monument No. 13
 bears S. 42x01'00" W., 1,387.5 ft. (21.022 chs.) dist.; thence
 from W. P. 164
 
 
 S 64x 46' W 350.3 ft to W. P. 165;
 N 45x W 5 ft
 
 5.307 chs.
 
 S 52x 51' W 252.8 ft to W. P. 166;
 N 45x W 8 ft
 
 3.830 chs.
 
 S 60x 04' W 371.0 ft to W. P. 167;
 N 38x W 3 ft
 
 5.621 chs.
 
 S 44x 36' W 292.5 ft to W. P. 168;
 N 48x W 3 ft
 
 4.432 chs.
 
 S 40x 06' W 376.2 ft to W. P. 169;
 N 45x W 4 ft
 
 5.700 chs.
 
 
 From W. P. 169, reference monument No. 13 bears S. 82x21'00"
 E., 362.4 ft. (5.491 chs.) dist.; witness corner Sec. 5, T. 5 S.,
 R. 14 W., on the Oklahoma bluff, bears N. 19x57'50" E., 9,228.0
 ft. (139.818 chs.) dist.; thence from W. P. 169
 
 
 S 47x 12' W 712.1 ft to W. P. 170; N 42x W 3 ft
 
 10.789 chs.
 
 S 50x 52' W 583.2 ft to W. P. 171; N 36x W 8 ft
 
 8.836 chs.
 
 S 58x 12' W 566.0 ft to W. P. 172; N 30x W 4 ft
 
 8.575 chs.
 
 S 59x 01' W 471.0 ft to W. P. 173; N 28x W 4 ft
 
 7.136 chs.
 
 S 64x 50' W 767.7 ft to W. P. 174; N 24x W 4 ft
 
 11.632 chs.
 
 S 70x 05' W 982.3 ft to W. P. 175; N 20x W 4 ft
 
 14.884 chs.
 
 S 70x 27' W 557.9 ft to W. P. 176; N 20x W 4 ft
 
 8.453 chs.
 
 From W. P. 176, reference monument No. 13 bears N. 63x19'30"
 E., 4.884.0 ft. (74.000 chs.) dist.; north range line station
 15/14, on the Oklahoma bluff, bears N. 20x36'00" W., 7,690.8 ft.
 (116.527 chs.) dist.; thence from W. P. 176
 
 S 68x 19' W 1207.1 ft to W. P. 177; N 14x W 14 ft
 
 18.290 chs.
 
 S 85x 29' W 208.4 ft to W. P. 178; N 10x W 11 ft
 
 3.157 chs.
 
 S 76x 30' W 324.6 ft to W. P. 179; N 17x W 6 ft
 
 4.918 chs.
 
 S 70x 53' W 385.1 ft to W. P. 180; N 25x W 5 ft
 
 5.835 chs.
 
 S 59x 11' W 183.9 ft to W. P. 181; N 45x W 12 ft
 
 2.786 chs.
 
 S 31x 59' W 165.2 ft to W. P. 182; N 45x W 8 ft
 
 2.503 chs.
 
 S 58x 02' W 531.6 ft to W. P. 183; North, 18 ft
 
 8.054 chs.
 
 
 105
 South, on an extension of the west line of range 14 west in Oklahoma, 657.5 ft. (9.962 chs.), to reference monument No. 14.
 
 
 106
 Oil Wells Within 300 Ft. of Boundary.
 
 
 107
 Oil Wells in Texas.
 
 
 108
 F. R. No. 101.
 
 
 109
 From W. P. 100, F. R. 101 bears N. 70x00' E., 172 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 17x W., 7 ft. dist.
 
 
 110
 F. R. No. 132.
 
 
 111
 From W. P. 114, F. R. 132 bears S. 13x47' E., 247.8 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 38x W., 233 ft. dist.
 
 
 112
 F. R. No. 134.
 
 
 113
 From W. P. 115, F. R. 134 bears S. 37x00' E., 7.8 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 37x W., 15.8 ft. dist.
 
 
 114
 F. R. No. 135.
 
 
 115
 From W. P. 116, F. R. 135 bears S. 45x39' W., 180.4 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 26x W., 70 ft. dist.
 
 
 116
 F. R. No. 136.
 
 
 117
 From W. P. 118, F. R. 136 bears S. 50x37' E., 215.3 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 47x W., 220 ft. dist.
 
 
 118
 F. R. No. 137.
 
 
 119
 From W. P. 118, F. R. 137 bears S. 41x07' W., 237 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 24x W., 104 ft. dist.
 
 
 120
 F. R. No. 138.
 
 
 121
 From W. P. 125, F. R. 138 bears S. 46x22' E., 339 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 8x W., 270 ft. dist.
 
 
 122
 Well Location.
 
 
 123
 From W. P. 128, an unidentified well casing bears N. 70x45' E., 122 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 17x W., 5 ft. dist.
 
 
 124
 F. R. No. 145.
 
 
 125
 From W. P. 138, F. R. 145 bears S. 32x58' E., 87 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 52x W., 281 ft. dist.
 
 
 126
 F. R. No. 146.
 
 
 127
 From W. P. 138, F. R. 146 bears S. 43x06' W., 183 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 50x W., 186 ft. dist.
 
 
 128
 F. R. No. 147.
 
 
 129
 From W. P. 139, F. R. 147 bears N. 61x13' E., 289 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 50x W., 148 ft. dist.
 
 
 130
 F. R. No. 148.
 
 
 131
 From W. P. 139, F. R. 148 bears N. 69x16' E., 99 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 50x W., 88 ft. dist.
 
 
 132
 F. R. No. 152.
 
 
 133
 From W. P. 144, F. R. 152 bears N. 20x05' W., 102.1 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 20x05' W., 20 ft. dist.
 
 
 134
 F. R. No. 153.
 
 
 135
 From W. P. 146, F. R. 153 bears N. 22x31' W., 31.2 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 23x W., 49 ft. dist.
 
 
 136
 F. R. No. 154.
 
 
 137
 From W. P. 148, F. R. 154 bears S. 43x14' W., 59.9 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 12x W., 143 ft. dist.
 
 
 138
 F. R. No. 157.
 
 
 139
 From W. P. 150, F. R. 157 bears S. 23x34' E., 180 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 18x W., 180 ft. dist.
 
 
 140
 F. R. No. 159.
 
 
 141
 From W. P. 152, F. R. 159 bears S. 23x50' E., 163.9 ft. dist. This well is in Texas. The nearest point on the boundary bears north, 167 ft. dist.
 
 
 142
 F. R. No. 160.
 
 
 143
 From W. P. 152, F. R. 160 bears S. 76x51' W., 64.4 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 20x W., 8 ft. dist.
 
 
 144
 F. R. No. 162.
 
 
 145
 From W. P. 153, F. R. 162 bears S. 37x23' E., 147.4 ft. dist. This well is in Texas. A point on the boundary bears N. 28x15' W., 145 ft. dist.
 
 
 146
 F. R. No. 165.
 
 
 147
 From W. P. 155, F. R. 165 bears N. 28x33' E., 91.2 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 45x W., 5 ft. dist.
 
 
 148
 Woodburn Oil Corporation No. 2.
 
 
 149
 From W. P. 155, Woodburn Oil Corporation well No. 2 bears S. 44x58' E., 248.6 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 34x W., 251 ft. dist.
 
 
 150
 Woodburn Oil Corporation No. 1.
 
 
 151
 From W. P. 156, Woodburn Oil Corporation well No. 1 bears S. 25x25' E., 274.8 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 23x30' W., 281 ft. dist.
 
 
 152
 F. R. No. 169.
 
 
 153
 From W. P. 158, F. R. 169 bears N. 58x40' E., 79.9 ft. dist. This well is in Texas. A point on the boundary bears north, 12 ft. dist.
 
 
 154
 F. R. No. 170.
 
 
 155
 From W. P. 159, F. R. 170 bears S. 33x28' W., 74.1 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 24x W., 46 ft. dist.
 
 
 156
 Petroleum Development Co. No. 4.
 
 
 157
 From W. P. 159, Petroleum Development Co. well No. 4 bears South, 266.9 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 24x W., 250 ft. dist.
 
 
 158
 Petroleum Development Co. No. 1.
 
 
 159
 From W. P. 161, Petroleum Development Co. well No. 1 bears S. 16x14' E., 166.1 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 23x W., 185 ft. dist.
 
 
 160
 F. R. No. 172.
 
 
 161
 From W. P. 161, F. R. 172 bears N. 20x18' E., 53.4 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 45x W., 15 ft. dist.
 
 
 162
 F. R. No. 186.
 
 
 163
 From W. P. 162, F. R. 186 bears N. 3x50' E., 85.8 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 3x50' E., 12 ft. dist.
 
 
 164
 Well Location.
 
 
 165
 From W. P. 163, an unidentified oil well bears S. 67x03' E., 273.4 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 16x30' W., 248 ft. dist.
 
 
 166
 F. R. No. 174.
 
 
 167
 From W. P. 163, F. R. 174 bears N. 12x55' E., 71.5 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 15x W., 30 ft. dist.
 
 
 168
 Well Location.
 
 
 169
 From W. P. 164, an unidentified oil well bears S. 39x57' E., 281.9 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 10x W., 247 ft. dist.
 
 
 170
 F. R. No. 176.
 
 
 171
 From W. P. 164, F. R. 176 bears S. 32x31' E., 99.3 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 10x W., 96 ft. dist.
 
 
 172
 Foster & Watson No. 1.
 
 
 173
 From W. P. 165, Foster & Watson well No. 1 bears S. 47x41' E., 218.4 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 25x W., 205 ft. dist.
 
 
 174
 F. R. No. 178.
 
 
 175
 From W. P. 165, F. R. 178 bears S. 40x51' E., 47.8 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 25x W., 51 ft. dist.
 
 
 176
 F. R. No. 180.
 
 
 177
 From W. P. 166, F. R. 180 bears N. 42x15' E., 95.6 ft. dist. This well is in Texas. A point on the boundary bears N. 61x W., 23.3 ft. dist.
 
 
 178
 Hobbs Oil Co. Green-Waggoner No. 1.
 
 
 179
 From W. P. 166, Hobbs Oil Co. Green-Waggoner well No. 1 bears S. 21x50' E., 151.1 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 31x W., 157 ft. dist.
 
 
 180
 Hobbs Oil Co. Green-Waggoner No. 3.
 
 
 181
 From W. P. 168, Hobbs Oil Co. Green-Waggoner well No. 3 bears N. 64x43' E., 182.4 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 45x W., 66 ft. dist.
 
 
 182
 Hobbs Oil Co. Green-Waggoner No. 4.
 
 
 183
 From W. P. 168, Hobbs Oil Co. Green-Waggoner well No. 4 bears S. 31x20' W., 199.6 ft. dist. This well is in Texas. The nearest point on the boundary bears N. 49x W., 35 ft. dist.
 
 
 184
 Oil Wells in Oklahoma.
 
 
 185
 O. C. Graves Oil Co.
 
 
 186
 From W. P. 102, O. C. Graves Oil Co.'s well bears S. 54x45' W., 219 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 46x E., 35 ft. dist.
 
 
 187
 F. R. No. 130.
 
 
 188
 From W. P. 109, F. R. 130 bears N. 19x05' W., 255 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 16x E., 199 ft. dist.
 
 
 189
 Well Location.
 
 
 190
 From W. P. 110, an unidentified well casing bears N. 56x57' E., 106.6 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 19x E., 20 ft. dist.
 
 
 191
 F. R. No. 133.
 
 
 192
 From W. P. 114, F. R. 133 bears N. 4x00' W., 24 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 59x E., 6 ft. dist.
 
 
 193
 F. R. No. 139.
 
 
 194
 From W. P. 125, F. R. 139 bears N. 64x55' E., 50.7 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 8x E., 9 ft. dist.
 
 
 195
 F. R. No. 149.
 
 
 196
 From W. P. 139, F. R. 149 bears N. 21x51' W., 248 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 50x E., 175 ft. dist.
 
 
 197
 F. R. No. 150.
 
 
 198
 From W. P. 140, F. R. 150 bears N. 32x15' W., 385 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 17x E., 276 ft. dist.
 
 
 199
 F. R. No. 151.
 
 
 200
 From W. P. 144, F. R. 151 bears N. 1x27' E., 360 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 19x E., 195 ft. dist.
 
 
 201
 F. R. No. 155.
 
 
 202
 From W. P. 150, F. R. 155 bears N. 30x56' E., 185.8 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 18x E., 122 ft. dist.
 
 
 203
 F. R. No. 158.
 
 
 204
 From W. P. 150, F. R. 158 bears N. 39x43' W., 302.5 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 39x43' E., 301.5 ft. dist.
 
 
 205
 F. R. No. 164.
 
 
 206
 From W. P. 154, F. R. 164 bears N. 27x40' E., 270.5 ft. dist. This well is in Oklahoma. A point on the boundary bears south, 94 ft. dist. The nearest point on the boundary bears S. 41x30' E., 70 ft. dist.
 
 
 207
 F. R. No. 218.
 
 
 208
 From W. P. 155, F. R. 218 bears N. 3x47' W., 290.6 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 42x E., 219 ft. dist.
 
 
 209
 F. R. No. 219.
 
 
 210
 From W. P. 156, F. R. 219 bears N. 19x26' W., 262.6 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 23x30' E., 256 ft. dist.
 
 
 211
 F. R. No. 167.
 
 
 212
 From W. P. 157, F. R. 167 bears N. 46x45' E., 167.9 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 45x E., 6 ft. dist.
 
 
 213
 F. R. No. 220.
 
 
 214
 From W. P. 157, F. R. 220 bears N. 38x27' W. 281 ft. dist. This well is in Oklahoma. A point on the boundary bears S. 32x20' E., 212 ft. dist.
 
 
 215
 F. R. No. 179.
 
 
 216
 From W. P. 165, F. R. 179 bears N. 25x16' W., 251.5 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 25x E., 247 ft. dist.
 
 
 217
 F. R. No. 214.
 
 
 218
 From W. P. 166, F. R. 214 bears N. 9x27' W., 331.4 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 25x E., 262 ft. dist.
 
 
 219
 F. R. No. 182.
 
 
 220
 From W. P. 169, F. R. 182 bears N. 12x00' W., 162.4 ft. dist. This well is in Oklahoma. The nearest point on the boundary bears S. 49x E., 126 ft. dist.
 
 
 221
 [NOTE: MATERIAL SET AT THIS POINT IS NOT DISPLAYABLE (GRAPHIC OR TABULAR MATERIAL)]
 
 
 222
 Description of Reference Monuments.
 
 
 223
 The reference monuments on the Texas side are made of concrete, moulded in mass at the station, in galvanized iron forms 36 ins. long, 16 ins. upper diameter, 24 ins. base diameter, set 30 ins. in the ground. The center of each monument is marked by a heavy bronze tablet, inscribed as shown above.
 
 
 224
 The monuments on the Oklahoma bluff are correlated with the United States General Land Office public land subdivisional survey. Each one is an iron post, 36 ins. long, 2 ins. diameter, having a bronze cap, the post being placed full length in concrete, in a galvanized iron form 36 ins. long, 8 ins. upper diameter, 14 ins. diameter at the base, set 30 ins. in the ground. These monuments are appropriately marked according to the standard specifications of the General Land Office. They readily identify the position of the monument in the United States rectangular survey system. In each cash the neighboring public land survey corner, to which connections are shown in the following field notes and on the maps, are similarly constructed as a further amplification of the control system, this work having been performed by an engineer detailed by the General Land Office, the field notes of whose operations are, or within convenient time will be, filed with the records of that office.
 
 
 225
 The early Texas survey lines in this vicinity are shown on the maps in accordance with the best available information regarding their true position.
 
 
 226
 Reference Monuments in Texas.
 
 
 227
 Reference Monument No. 1.
 
 
 228
 This station is on the meridional extension of the line between ranges 12 and 13 west, in Oklahoma. The monument is located on a gentle north slope 270 ft. south of the top of the steep timbered portion of the Texas bluff, and at a point 870 ft. southeast of a small farm house. The station is in the John Deck survey No. 275. The point is about 4 miles east and 2 miles south of Burkburnett from which place the station may be conveniently reached by wagon road. The point is designated 'South Range Line Station 13/12' (S. Rg. L. 13/12).
 
 
 229
 Reference Monument No. 2.
 
 
 230
 This station is on a prominent knoll overlooking the river valley, in the John Deck survey No. 275. The point is about 3 miles east and one-half mile south of Burkburnett. The point may be conveniently reached from the Texas Company's pump station, which is located at the nearest point on the public road, from which the highest point on the Texas bluff may be recognized to the northwest a little over a mile distant. The monument is on the highest point of the knoll about 100 ft. south of the edge of the timber growing on the steep slope of the bluff. The point is designated 'Holman Station.'
 
 
 231
 From this station Willis station, U. S. C. & G. S., in Oklahoma, bears S. 88x02'37" E., 9,386 ft.; Cashion station, U. S. C. & G. S., in Texas, bears S. 4x25'25" E., 25,849 ft.
 
 
 232
 Reference Monument No. 3.
 
 
 233
 This station is on the Texas bluff, just north of a small grove and 40 ft. south of the steep slope. The point is about 400 ft. east of the south end of Burkburnett toll bridge, and 200 ft. north of a farm house. The station is in the James McGrain survey No. 813. The point is about 2 miles east of Burkburnett, from which place the station may be conveniently reached by wagon road. The point is designated 'Burke Bridge Station.'
 
 
 234
 Reference Monument No. 4.
 
 
 235
 This station is on the Texas bluff, 90 ft. south of the top of steep slope, and at a point 630 ft. east of the Fowler farm house; there is also a large red barn and a galvanized iron silo between the monument and the farm house. The station is in the T. J. Redman survey No. 816; it is about 1 mile north and a short distance east of Burkburnett, from which place the station may be conveniently reached by wagon road. The point is designated 'Fowler Station.'
 
 
 236
 From this station Gammill station, U. S. C. & G. S., in Oklahoma, bears N. 30x10'23" E., 26,486 ft.; Willis station, U. S. C. & G. S. in Oklahoma, bears S. 66x56'09" E., 23,675 ft.
 
 
 237
 Reference Monument No. 5.
 
 
 238
 This station is on high ground in the vicinity of a group of improvements; there is fair visibility to the north. The point is located a short distance west of the Missouri, Kansas & Texas Railroad, on the top of a gentle ridge, 1,000 ft. south of the top of the Texas bluff.
 
 
 239
 From this station, the water tower at Devol, Okl., bears N. 0x55' W.; the water tower at Burkburnett, Tex., bears S. 25x03' E., a little less than 2 miles distant. The point is designated 'Railroad Station.'
 
 
 240
 Reference Monument No. 6.
 
 
 241
 This station is in the river valley, in a grove of cottonwood trees, about 700 ft. southwest of the south bank of Red river, and nearly a mile northeast of the Texas bluff. This is an auxiliary monument.
 
 
 242
 Reference Monument No. 7.
 
 
 243
 This station is on the meridional extension of the line between ranges 13 and 14 west, in Oklahoma. The monument is located on a gentle north slope about 1,000 ft. south of the top of the Texas bluff. The station is in the William Rivers survey No. 810. The station is about 2 miles west and 3 miles north of Burkburnett; it is near the Sinclair pump station.
 
 
 244
 From this station the water tower at Burkburnett, Tex., bears S. 38x13' E.; the water tower at Grandfield, Okl., bears N. 35x22' W. The point is designated 'South Range Line Station 14/13' (S. Rg. L. 14/13).
 
 
 245
 From this station Grandfield station, U. S. C. & G. S., in Oklahoma, bears N. 34x42'10" W., 37,035 ft.; Gammill station, U. S. C. & G. S., in Oklahoma, bears N. 59x34'50" E., 30,603 ft.
 
 
 246
 Reference Monument No. 8.
 
 
 247
 This station is on a prominent position on the Texas bluff, at the top of the ascent west of Wild Horse creek and about 300 ft. south of the river bluff. The station is in the Elizabeth Stanley survey No. 812. It is in the central part of the northwest extension of the Burkburnett oil field, about 3 miles west and 3 miles north of the town of Burkburnett, and may be reached by several different roads. The point is designated 'Texas Chief Station.'
 
 
 248
 Reference Monument No. 9.
 
 
 249
 This station is 150 ft. south of the top of the Texas bluff. It is in the Elizabeth Stanley survey No. 812, and is in the central part of the oil field. The station is located about 4 miles west and 3 miles north of Burkburnett, and may be reached by an irregular road among the oil wells in this vicinity. The power house of the Center Gulf Production Company is about 300 ft. south of the monument. The point is designated 'Two Tanks Station.'
 
 
 250
 From this station the water tower at Grandfield, Okl., bears N. 22x05' W., and the water tower at Devol, Okl., bears N. 43x06' E.
 
 
 251
 Reference Monument No. 10.
 
 
 252
 This station is in the river valley in the extreme north point of the 'Big Bend,' about 1 1/4 miles north of the foot of the Texas bluff and about 400 ft. south of the south bank of Red river. This is an auxiliary monument.
 
 
 253
 Reference Monument No. 11.
 
 
 254
 This station is on a high point on the Texas bluff, slightly east of an extension of the center line of Grandifield Wagon Bridge. It is in the F. W. Huesman survey No. 819, about 1,000 ft. northeast of the oil field settlement known as 'Bridgetown.' The point is designated 'Bridgetown Station.'
 
 
 255
 Reference Monument No. 12.
 
 
 256
 This station is on a prominent point of the Texas bluff, about half a mile west of Bridgetown. The station is near an electric power line which serves the oil field within the river bed. The station is in the Heirs of L. Powell survey No. 820, the northeast corner of which is coincident with witness post No. 141. The point is designated 'Power Line Station.'
 
 
 257
 From this station Tipton station of the U. S. C. & G. S., in Oklahoma, bears N. 75x07'17" W., 27,070 ft.; Grandfield station, U. S. C. & G. S., also in Oklahoma, bears N. 0x45'12" W., 31,348 ft.
 
 
 258
 Reference Monument No. 13.
 
 
 259
 This station is on the crest of a sharp prominent ridge, one of the highest points of the Texas bluff. It is in the Texas Emigration & Land Company survey No. 821. The station is about 2,000 ft. west of the Bonner refinery, and may be reached by wagon road from Bridgetown. The point is designated 'Sandy Ridge Station.'
 
 
 260
 Reference Monument No. 14.
 
 
 261
 This station is on the meridional extension of the line between ranges 14 and 15 west, in Oklahoma, in a narrow valley 675 ft. south of the south bank of Red river. There is no visibility except to the north. This station is in a direct line from reference mounment No. 13 to reference monument No. 15, the latter point being the first one in Area B. The station is in the James Cole survey No. 825. The station is on the farm of Frances Saunders, which is a considerable distance from any public road, but the place may be reached from Bridgetown from which the farm house is about 2 1/2 miles west and 1 mile south. The monument is at the foot of the slope west of the farm house. The point is designated 'South Range Line Station 15/14' (S. Rg. L. 15/14).
 
 
 262
 Reference Monuments in Oklahoma.
 
 
 263
 North Range Line 15/14.
 
 
 264
 This station is at the top of the Oklahoma bluff, on the line through township 5 south, between ranges 14 and 15 west, at a point 30.0 ft. south of the corner of sections 1, 6, 7 and 12. The station is 5 miles south and 2 miles west of Grandfield, and may be reached by public road from Grandfield.
 
 
 265
 From this station Grandfield station, U. S. C. & G. S., in Oklahoma, bears N. 20x42'39" E., 29,587 ft.; Miller station, U. S. C. & G. S., also in Oklahoma, bears N. 82x16'23" E., 42,894 ft.
 
 
 266
 Witness Corner Sec. 5.
 
 
 267
 This station is on the top of a knoll of the Oklahoma bluff, at a point from which the corner of sections 4, 5, 32 and 33 on the line between townships 4 and 5 south, range 14 west, bears N. 22x51' E., 1,632.5 ft. The point is about 900 ft. west of the north end of Grandfield wagon bridge. The section corner referred to is located at the intersection of public roads, N. and S., and E. and W., 4 miles due south of Grandfield.
 
 
 268
 1/4 Sec. Cor. 34/35.
 
 
 269
 This station is the 1/4 Sec. Cor. between Secs. 34 and 35, township 4 south, range 14 west, in Oklahoma; it is on nearly level ground just south of the top of steep bluff. The point may be reached by road from Grandfield, from which the station is 3 1/2 miles south and 2 miles east.
 
 
 270
 From this station Miller station, of the U. S. C. & G. S., in Oklahoma, bears S. 84x30'52" E., 21,617 ft.
 
 North Range Line 14/13
 
 271
 This station is the 1/4 Sec. Cor. between Secs. 31 and 36, on the line through township 4 south, between ranges 13 and 14 west, in Oklahoma. The station is on nearly level ground about 1,000 ft. north of the north bank of Red river. The bank is eroding. The station may be reached by road from Grandfield, from which the station is 3 1/2 miles south and 4 miles east. Devol, Okl., is 1 1/2 miles north and 1 mile east.
 
 
 272
 Miller Station.
 
 
 273
 This is a triangulation station of the United States Coast and Geodetic Survey, and is monumented according to the standard specifications of that survey. The station is on a high ridge. From the station Cor. of Secs. 4, 5, 32 and 33, on the line between townships 4 and 5 south, range 13 west, bears S. 36x23' W., 669.8 ft. The section corner referred to is located at the intersection of public roads, N. and S., and E. and W., 1 mile east, and 2 miles south of Devol.
 
 
 274
 Witness Point Sec. 14.
 
 
 275
 This station is on the Oklahoma bluff, on the north and south center line of Sec. 14, township 5 south, range 13 west. The station is a short distance west of the main road leading to Burkburnett wagon bridge; it is 3 1/2 miles east and 4 miles south of Devol.
 
 
 276
 From this station Gammill station, U. S. C. & G. S., in Oklahoma, bears N. 7x53'03" E., 19,433 ft.; Willis station U. S. C. & G. S., also in Oklahoma, bears S. 40x43'01" E., 17,054 ft. The 1/4 Sec. Cor. between Secs. 11 and 14, bears N. 0x07' W., 1,150.7 ft. dist.
 
 
 277
 North Range Line 13/12.
 
 
 278
 This station is on the southwest slope of the Oklahoma bluff, on the line through township 5 south, between ranges 12 and 13 west, 575.1 ft. south of the Cor. of Secs. 19, 24, 25 and 30. The station is 5 miles east and 6 miles south of Devol, and may be reached by public road from Devol.
 
 
 279
 From this station Cashion station, of the U. S. C. & G. S., in Texas bears S. 8x22'21" W., 28,680 ft.; Miller station, U. S. C. & G. S., in Oklahoma, bears N. 42x53'36" W., 30,410 ft.
 
 
 280
 Description of Witness Posts.
 
 
 281
 The witness posts are all rough pine, creosoted. Most of the posts are 5 ft. 6 ins. long, and about 4 ins. in diameter, set 36 ins. in the ground. The initial and terminal witness posts, and those located nearest the Burkburnett and Grandfield toll bridges, also the one set on the extension of the line between ranges 13 and 14 west, are 8 inches in diameter, set 42 inches in the ground. The part of each post above ground is squated, and painted white.
 
 
 282
 The posts are numbered up-stream. The initial post ('0') marks the lower limit of Area A; the terminal post, (No. 183) marks the upper limit of the area. Some of the witness posts have double numbers (for example, No. 34 plus 3). These posts were subsequently set to take the place of other posts carried away by the river while the survey was being made. The numbers are stamped in the tops of the posts; they are also stenciled on the sides, as follows:
 
 
 283
 Tex.—Okla. Bdy. (on side towards the river);
 
 Witness Post (on side downstream);
 
 U. S. Supreme Court (on side upstream); and,
 
 Number (on side opposite to the river).
 
 TABLE 1. AZIMUTHS AND LENGTHS OF LINES CONNECTING REFERENCE
 
 MONUMENTS AND WITNESS POSTS.
 
 Forward
 
 Station. and Back Azimuth To Station. Distance.
 
 R. M. No. 1 North N. Rg. L 13/12 10503.8 Ft.
 
 South 159.149 Chs.
 
 North W. P. No. "0" 2138.2 Ft.
 
 South 32.397 Chs.
 
 N. 37x 57' 40" W. R. M. No. 2
 10021.1 Ft.
 
 S. 37 58 20 E. 151.835 Chs.
 
 R. M. No. 2 N. 67 05 50 E. N. Rg. L 13/12
 6691.5 Ft.
 
 S. 67 06 30 W. 101.386 Chs.
 
 N. 14 26 00 E. W. P. No. 10
 340.2 Ft.
 
 S. 14 26 00 W. 5.155 Chs.
 
 N. 7 52 40 W. W. P. Sec. 14
 12726.4 Ft.
 
 S. 7 52 50 E. 192.825 Chs.
 
 N. 51 32 10 W. R. M. No. 3 5137.2 Ft.
 
 S. 51 32 30 E. 77.836 Chs.
 
 R. M. No. 3 S. 86 41 10 E. N. Rg. L 13/12
 10203.2 Ft.
 
 N. 86 40 00 W. 154.594 Chs.
 
 N. 52 55 00 E. W. P. No. 17
 166.9 Ft.
 
 S. 52 55 00 W. 2.529 Chs.
 
 N. 13 36 00 E. W. P. Sec. 14
 9682.1 Ft.
 
 S. 13 36 20 W. 146.699 Chs.
 
 N. 55 27 40 W. R. M. No. 4 10168.6 Ft.
 
 S. 55 28 30 E. 154.070 Chs.
 
 R. M. No. 4 N. 83 00 50 E. W. P. No. 36
 4308.1 Ft.
 
 S. 83 00 50 W. 65.274 Chs.
 
 N. 71 05 40 E. W. P. Sec. 14
 11259.5 Ft.
 
 S. 71 06 50 W. 170.599 Chs.
 
 N. 7 41 00 W. Miller (C. & G.S.)
 16059.3 Ft.
 
 S. 7 41 10 E. 243.323 Chs.
 
 N. 20 00 10 W. R. M. No. 6 7371.2 Ft.
 
 S. 20 00 30 E. 111.685 Chs.
 
 N. 63 39 10 W. R. M. No. 5 7343.6 Ft.
 
 S. 63 39 50 E. 111.266 Chs.
 
 R. M. No. 5 N. 47 53 20 E. R. M. No. 6 5471.2 Ft.
 
 S. 47 53 50 W. 82.897 Chs.
 
 N. 19 17 40 E. Miller (C. & G.S.)
 13410.3 Ft.
 
 S. 19 18 10 W. 203.187 Chs.
 
 N. 17 15 00 W. W. P. No. 69
 7908.8 Ft.
 
 S. 17 15 20 E. 119.830 Chs.
 
 N. 57 26 40 W. R. M. No. 7 7717.3 Ft.
 
 S. 57 27 30 E. 116.928 Chs.
 
 R. M. No. 6 N. 70 56 00 E. W. P. No. 55
 719.8 Ft.
 
 S. 70 56 00 W. 10.906 Chs.
 
 R. M. No. 7 N. 52 07 00 E. Miller (C. & G.S.)
 13853.2 Ft.
 
 S. 52 08 10 W. 209.897 Chs.
 
 N. 50 42 50 E. W. P. No. 69
 5372.3 Ft.
 
 S. 50 43 20 W. 81.398 Chs.
 
 North N. Rg. L. 14/13
 10571.1 Ft.
 
 South 160.169 Chs.
 
 North W. P. No. 81 4400.4 Ft.
 
 South 66.674 Chs.
 
 N. 28 30 30 W. W. P. No. 85
 5529.3 Ft.
 
 S. 28 30 30 E. 83.777 Chs.
 
 R. M. No. 7 N. 45 00 40 W. 1/4 Sec. Cor. 34/35
 14964.9 Ft.
 
 S. 45 01 50 E. 226.741 Chs.
 
 N. 75 15 40 W. R. M. No. 8 4926.5 Ft.
 
 S. 75 16 10 E. 74.642 Chs.
 
 R. M. No. 8 N. 30 30 00 E. W. P. No. 85 4185.1 Ft.
 
 S. 30 30 00 W. 63.411 Chs.
 
 N. 27 04 20 E. N. Rg. L. 14/13
 10465.1 Ft.
 
 S. 27 04 50 W. 158.562 Chs.
 
 N. 23 53 20 W. R. M. No. 10
 7747.6 Ft.
 
 S. 23 53 40 E. 117.388 Chs.
 
 N. 31 58 30 W. 1/4 Sec. Cor. 34/35
 10993.3 Ft.
 
 S. 31 59 10 E. 166.565 Chs.
 
 N. 84 05 30 W. R. M. No. 9 5684.2 Ft.
 
 S. 84 06 00 E. 86.125 Chs.
 
 R. M. No. 9 N. 21 09 40 E. R. M. No. 10
 6968.1 Ft.
 
 S. 21 09 50 W. 105.577 Chs.
 
 N. 1 06 20 W. 1/4 Sec. Cor. 34/35
 8741.7 Ft.
 
 S. 1 06 20 E. 132.450 Chs.
 
 N. 38 51 00 W. W. P. No. 111
 3287.7 Ft.
 
 S. 38 51 10 E. 49.813 Chs.
 
 N. 67 38 50 W. W. C. Sec. 5
 12213.1 Ft.
 
 S. 67 40 10 E. 185.047 Chs.
 
 S. 78 44 00 W. R. M. No. 11
 6421.8 Ft.
 
 N. 78 43 20 E. 97.300 Chs.
 
 R. M. No. 10 N. 34 58 00 W. W. P. No. 100
 384.4 Ft.
 
 S. 34 58 00 E. 5.825 Chs.
 
 N. 50 08 20 W. 1/4 Sec. Cor. 34/35
 3496.7 Ft.
 
 S. 50 08 40 E. 52.980 Chs.
 
 R. M. No. 11 N. 47 58 50 E. W. P. No. 111
 5700.6 Ft.
 
 S. 47 59 20 W. 86.373 Chs.
 
 N. 31 30 30 E. 1/4 Sec. Cor. 34/35
 11724.5 Ft.
 
 S. 31 31 10 W. 177.644 Chs.
 
 N. 40 50 00 E. W. P. No. 121
 2978.6 Ft.
 
 S. 40 50 00 W. 45.131 Chs.R. M. No.
 11 N. 32 30 00 W. W. P. No. 130 2181.6 Ft.
 
 S. 32 30 00 E. 33.055 Chs.
 
 N. 40 16 50 W. W. C. Sec. 5
 7731.4 Ft.
 
 S. 40 17 20 E. 117.142 Chs.
 
 N. 86 17 10 W. W. P. No. 139
 2502.5 Ft.
 
 S. 86 17 10 E. 37.917 Chs.
 
 S. 69 28 10 W. R. M. No. 12
 4245.3 Ft.
 
 N. 69 27 50 E. 64.323 Chs.
 
 R. M. No. 12 N. 41 49 40 E. W. P. No. 139
 2216.2 Ft.
 
 S. 41 49 40 W. 33.579 Chs.
 
 N. 40 05 50 E. W. P. No. 130
 4352.3 Ft.
 
 S. 40 06 10 W. 65.944 Chs.
 
 N. 7 53 20 W. W. C. Sec. 5 7457.7 Ft.
 
 S. 7 53 30 E. 112.995 Chs.
 
 N. 32 55 00 W. W. P. No. 153
 1022.2 Ft.
 
 S. 32 55 00 E. 15.488 Chs.
 
 N. 71 21 00 W. N. Rg. L. 15/14
 11489.0 Ft.
 
 S. 71 22 10 E. 174.076 Chs.
 
 S. 84 00 20 W. W. P. No. 164
 2903.1 Ft.
 
 N. 84 00 20 E. 43.986 Chs.
 
 N. 70 43 50 W. R. M. No. 13
 4042.5 Ft.
 
 S. 70 43 30 E. 61.250 Chs.
 
 R. M. No. 13 N. 42 01 00 E. W. P. No. 164 
 1387.5 Ft.
 
 S. 42 01 00 W. 21.022 Chs.
 
 N. 17 44 50 E. W. C. Sec. 5
 9157.4 Ft.
 
 S. 17 45 10 W. 138.749 Chs.
 
 N. 54 41 30 W. N. Rg. L. 15/14
 8663.6 Ft.
 
 S. 54 42 20 E. 131.266 Chs.
 
 N. 82 21 00 W. W. P. No. 169
 362.4 Ft.
 
 S. 82 21 00 E. 5.491 Chs.
 
 S. 60 19 40 W. R. M. No. 14
 8138.5 Ft.
 
 N. 60 19 00 E. 123.311 Chs.
 
 S. 63 20 00 W. W. P. No. 176
 4884.0 Ft.
 
 N. 63 19 30 E. 74.000 Chs.
 
 R. M. No. 14 North W. P. No. 183 657.5 Ft.
 
 South 9.962 Chs.
 
 North N. Rg. L. 15/14
 9036.3 Ft.
 
 South 136.914 Chs.
 
 N. Rg. L. 15/14 North Cor. Secs. 1, 6, 7 & 12
 30.0 Ft.
 
 South 0.454 Chs.
 
 
 South A. P. No. 252 2422.0 Ft.
 
 North 36.698 Chs.
 
 S. 20 36 20 E. W. P. No. 176
 7690.8 Ft.
 
 N. 20 36 00 W. 116.527 Chs.
 
 N. 69 20 50 E. W. C. Sec. 5
 10537.6 Ft.
 
 S. 69 21 50 W. 159.661 Chs.
 
 W. C. Sec. 5 S. 19 58 10 W. W. P. No. 169
 9228.0 Ft.
 
 N. 19 57 50 E. 139.818 Chs.
 
 S. 4 06 20 E. W. P. No. 153
 6546.1 Ft.
 
 N. 4 06 20 W. 99.183 Chs.
 
 S. 62 19 30 E. W. P. No. 121
 7844.3 Ft.
 
 N. 62 18 40 W. 118.853 Chs.
 
 N. 69 46 20 E. 1/4 Sec. Cor. 34/35
 11856.4 Ft.
 
 S. 69 47 40 W. 179.643 Chs.
 
 N. 22 51 00 E. Cor. Sec. 4, 5, 32 & 33
 1632.5 Ft.
 
 S. 22 51 00 W. 24.735 Chs.
 
 1/4 Sec. Cor. 34/35 S. 89 57 10 E. N. Rg. L. 14/13
 10584.6 Ft.
 
 160.373 Chs.
 
 N. Rg. L. 14/13 S. 79 18 30 E. Miller (C. & G.S.)
 11126.3 Ft.
 
 N. 79 17 10 W. 168.580 Chs.
 
 Miller S. 36 23 00 W. Cor. Secs. 4, 5, 32 & 33
 669.8 Ft.
 
 (U. S. C.& G. S.) N. 36 23 00 E. 10.148 Chs.
 
 S. 46 13 10 E. W. P. Sec. 14
 17729.2 Ft.
 
 N. 46 11 50 W. 268.624 Chs.W. P. Sec.
 14 N. 0 07 00 W. 1/4 Sec. Cor. 11/14 1150.7 Ft.
 
 S. 0 07 00 E. 17.435 Chs.
 
 S. 38 20 10 E. N. Rg. L. 13/12
 12750.7 Ft.
 
 N. 38 19 20 W. 193.193 Chs.
 
 N. Rg.L. 13/12 North Cor. Secs. 19, 24, 25 &
 30 575.1 Ft.
 
 South 8.714 Chs.
 
 South North Bank of Red River
 1542.2 Ft.
 
 North 23.367 Chs.
 
 TABLE 2. GEOGRAPHIC POSITIONS AND ELEVATIONS.
 
 (b) Reference Monuments on Oklahoma Bluff.
 
 Willis, U. S.C. & G. S. 34x 05' 28.692" 98x 29' 40.595"
 4347.1......... 1110.946
 
 N. Rg.L. 13/12.. 34 05 57.630 98 30 18.830 12750.7 1057.282
 
 W. P. Sec. 14... 34 07 36.580 98 31 52.870 17729.2 1076.954
 
 Miller, U. S.C. & G. S. 34 09 37.958 98 34 25.132 11126.3
 1102.988
 
 N. Rg.L. 14/13.. 34 09 58.398 98 36 35.240 10584.6 1033.088
 
 1/4 Sec. Cor.34/35 34 09 58.470 98 38 41.190 11856.4
 1026.267
 
 W. C. Sec. 5.... 34 09 17.946 98 40 53.584 10537.6 1055.545
 
 N. Rg.L. 15/14.. 34 08 41.200 98 42 50.911 1054.841
 
 R. M. No. 1..... 34 04 13.730 98 30 18.830 2138.2 993.546
 
 0.............. 34 04 34.883 98 30 18.830 915.0 956.135
 
 0 plus 1....... 34 04 41.357 98 30 26.429 706.2 958.622
 
 2.............. 34 04 47.257 98 30 30.921 436.3 961.702
 
 3.............. 34 04 50.225 98 30 34.689 734.7 959.708
 
 4.............. 34 04 52.899 98 30 42.814 1006.4 959.812
 
 5.............. 34 04 58.668 98 30 52.572 1086.8 969.619
 
 6.............. 34 05 07.616 98 30 59.742 444.4 963.746
 
 7.............. 34 05 11.026 98 31 03.081 1434.4 961.651
 
 8.............. 34 05 20.444 98 31 15.844 1591.4 965.385
 
 9.............. 34 05 32.507 98 31 28.006 373.1 965.952
 
 10............. 34 05 35.149 98 31 31.116 493.6 962.078
 
 11............. 34 05 37.962 98 31 35.921 1648.0 963.119
 
 12............. 34 05 46.385 98 31 52.707 567.7 964.892
 
 13............. 34 05 48.929 98 31 58.731 555.7 963.963
 
 14............. 34 05 52.699 98 32 03.542 682.1 965.729
 
 15............. 34 05 57.775 98 32 08.891 527.1 965.520
 
 16............. 34 06 01.370 98 32 13.435 521.7 967.394
 
 17............. 34 06 04.496 98 32 18.373 373.3 967.594
 
 18............. 34 06 06.703 98 32 21.934 523.4 966.438
 
 19............. 34 06 10.104 98 32 26.631 565.3 965.602
 
 20............. 34 06 15.048 98 32 29.776 829.3 968.282
 
 21............. 34 06 21.917 98 32 35.173 361.0 967.359
 
 22............. 34 06 25.242 98 32 36.738 271.7 967.987
 
 23............. 34 06 27.916 98 32 37.069 930.3 968.738
 
 23 plus 1...... 34 06 34.311 98 32 45.027 774.8 970.982
 
 23 plus 2...... 34 06 39.810 98 32 51.445 874.8 972.205
 
 23 plus 3...... 34 06 47.827 98 32 55.362 951.1 975.190
 
 23 plus 4...... 34 06 53.570 98 33 04.320 482.5 975.327
 
 34............. 34 06 58.321 98 33 04.865 672.1 972.979
 
 35............. 34 07 04.186 98 33 08.634 154.2 972.507
 
 36............. 34 07 05.710 98 33 08.713 619.9 972.064
 
 36 plus 1...... 34 07 06.984 98 33 15.921 896.1 976.172
 
 36 plus 2...... 34 07 13.787 98 33 22.754 675.3 973.694
 
 36 plus 3...... 34 07 20.185 98 33 25.061 537.3 983.679
 
 36 plus 4...... 34 07 23.936 98 33 29.589 561.0 981.904
 
 36 plus 5...... 34 07 29.088 98 33 32.068 792.5 981.423
 
 36 plus 6...... 34 07 34.313 98 33 39.097 945.7 979.878
 
 36 plus 7...... 34 07 42.895 98 33 43.570 776.7 982.058
 
 36 plus 8...... 34 07 47.333 98 33 51.113 736.6 981.591
 
 36 plus 9...... 34 07 51.269 98 33 58.486 489.4 979.343
 
 48............. 34 07 56.038 98 33 59.494 553.0 981.212
 
 49............. 34 07 59.202 98 34 04.862 899.3 978.949
 
 51............. 34 08 04.894 98 34 13.089 348.2 982.040
 
 52............. 34 08 07.492 98 34 15.814 146.8 985.552
 
 53............. 34 08 08.292 98 34 17.271 289.3 984.073
 
 54............. 34 08 10.408 98 34 19.589 185.8 980.968
 
 55............. 34 08 11.372 98 34 21.471 719.8 982.744
 
 R.M.No.6........ 34 08 09.047 98 34 29.565 ...... 990.692
 
 55............. ...... ...... 1153.5 .......
 
 55 plus 1...... 34 08 16.524 98 34 33.716 797.5 990.264
 
 55 plus 2...... 34 08 19.970 98 34 42.256 746.8 986.957
 
 55 plus 3...... 34 08 24.477 98 34 49.299 1122.9 983.921
 
 55 plus 4...... 34 08 28.964 98 35 01.523 424.6 984.501
 
 63............. 34 08 33.159 98 35 01.406 ...... 987.776
 
 55 plus 4...... ...... ...... 1088.5 .......
 
 63 plus 1...... 34 08 35.925 98 35 11.392 1053.5 994.764
 
 63 plus 2...... 34 08 36.991 98 35 23.873 1149.9 99.895
 
 63 plus 3...... 34 08 37.613 98 35 37.543 778.2 987.997
 
 68............. 34 08 44.788 98 35 40.895 491.4 988.256
 
 69............. 34 08 47.478 98 35 45.766 803.6 992.744
 
 70............. 34 08 53.887 98 35 51.434 682.4 986.221
 
 70 plus 1...... 34 08 54.038 98 35 59.553 1067.6 1002.006
 
 70 plus 2...... 34 08 54.634 98 36 12.240 1077.5 992.042
 
 70 plus 3...... 34 08 54.057 98 36 25.044 575.5 999.478
 
 78............. 34 08 58.940 98 36 21.516 330.5 989.441
 
 79............. 34 08 58.227 98 36 25.355 500.0 988.491
 
 80............. 34 08 58.086 98 36 31.304 338.7 987.701
 
 81............. 34 08 57.350 98 36 35.237 1113.3 988.289
 
 81 plus 1...... 34 08 54.564 98 36 48.056 1730.0 1008.975
 
 85............. 34 09 01.904 98 37 06.659 618.4 992.074
 
 86............. 34 09 04.604 98 37 13.266 242.2 992.288
 
 87............. 34 09 05.028 98 37 16.104 224.7 990.536
 
 88............. 34 09 05.862 98 37 18.583 222.7 992.000
 
 89............. 34 09 07.134 98 37 20.746 673.6 995.413
 
 90............. 34 09 13.482 98 37 23.178 520.5 992.202
 
 91............. 34 09 18.279 98 37 25.427 1143.7 991.116
 
 92............. 34 09 26.556 98 37 34.709 390.3 994.897
 
 93............. 34 09 30.177 98 37 36.321 323.1 992.952
 
 94............. 34 09 33.290 98 37 35.448 887.2 996.414
 
 94 plus 1...... 34 09 35.916 98 37 45.528 956.1 999.671
 
 94 plus 2...... 34 09 34.675 98 37 56.809 1060.5 997.833
 
 R.M.No.10....... 34 09 36.295 98 38 09.282 384.4 996.268
 
 100............. 34 09 39.414 98 38 11.905 805.9 999.188
 
 101............. 34 09 37.086 98 38 21.071 410.4 996.901
 
 102............. 34 09 35.440 98 38 25.536 326.0 996.164
 
 102 plus 1...... 34 09 34.264 98 38 21.921 615.5 1004.765
 
 102 plus 2...... 34 09 30.204 98 38 27.380 594.1 1007.189
 
 102 plus 3...... 34 09 25.701 98 38 31.924 775.0 1006.294
 
 102 plus 4...... 34 09 18.905 98 38 36.195 756.4 1011.550
 
 102 plus 5...... 34 09 11.970 98 38 39.573 700.4 1001.520
 
 102 plus 6...... 34 09 05.060 98 38 40.163 821.2 1007.171
 
 102 plus 7...... 34 09 58.300 98 38 45.582 806.9 1007.709
 
 109............. 34 09 00.239 98 38 54.888 556.5 1000.552
 
 110............. 34 08 58.942 98 39 01.321 259.5 1000.534
 
 111............. 34 08 57.341 98 39 03.734 1019.7 1013.406
 
 111 plus 1...... 34 08 47.856 98 39 07.894 476.1 1006.941
 
 114............. 34 08 50.750 98 39 12.360 327.8 1003.000
 
 115............. 34 08 48.761 98 39 15.444 172.0 1004.291
 
 116............. 34 08 47.621 98 39 16.967 322.4 1006.762
 
 117............. 34 08 46.334 98 39 20.477 146.7 1004.009
 
 118............. 34 08 45.267 98 39 21.661 325.6 1005.649
 
 119............. 34 08 43.960 98 39 25.201 177.7 1004.504
 
 120............. 34 08 42.831 98 39 26.822 360.6 1005.982
 
 121............. 34 08 41.890 98 39 30.961 277.6 1008.038
 
 122............. 34 08 41.891 98 39 34.264 482.3 1005.334
 
 122 plus 1...... 34 08 38.283 98 39 38.022 408.0 1010.333
 
 123............. 34 08 41.090 98 39 41.511 404.3 1008.776
 
 124............. 34 08 41.794 98 39 46.245 341.2 1006.976
 
 125............. 34 08 41.335 98 39 50.264 240.5 1004.932
 
 126............. 34 08 40.113 98 39 52.720 405.1 1007.349
 
 127............. 34 08 39.471 98 39 57.477 409.5 1003.778
 
 128............. 34 08 41.010 98 40 01.983 605.0 1004.914
 
 130............. 34 08 37.814 98 40 08.073 594.7 1004.703
 
 130 plus 1...... 34 08 32.937 98 40 12.039 427.2 1010.997
 
 134............. 34 08 34.129 98 40 16.914 428.7 1006.063
 
 135............. 34 08 29.891 98 40 17.156 172.4 1011.802
 
 136............. 34 08 28.252 98 40 17.723 181.2 1006.974
 
 137............. 34 08 26.461 98 40 17.639 181.5 1006.270
 
 138............. 34 08 24.681 98 40 17.932 608.0 1010.786
 
 139............. 34 08 21.216 98 40 23.839 256.4 1013.181
 
 140............. 34 08 19.345 98 40 25.899 126.3 1016.524
 
 141............. 34 08 18.624 98 40 27.122 110.7 1013.226
 
 142............. 34 08 18.151 98 40 28.310 146.2 1012.941
 
 143............. 34 08 17.930 98 40 30.028 128.5 1010.221
 
 144............. 34 08 17.346 98 40 31.385 226.9 1009.174
 
 145............. 34 08 16.923 98 40 34.034 77.0 1008.476
 
 146............. 34 08 16.696 98 40 34.908 128.7 1008.023
 
 147............. 34 08 16.145 98 40 36.289 106.2 1008.770
 
 148............. 34 08 15.548 98 40 37.329 196.7 1008.354
 
 149............. 34 08 16.238 98 40 39.515 164.5 1008.143
 
 150............. 34 08 15.748 98 40 41.381 155.7 1008.227
 
 151............. 34 08 14.761 98 40 42.804 1006.7 1008.218
 
 R. M. No. 12.... 34 08 04.87 98 40 41.41 1105.0 1131.986
 
 151............. .. .. ...... .. .. ...... 150.3 ........
 
 152............. 34 08 14.589 98 40 44.582 313.7 1008.311
 
 153............. 34 08 13.374 98 40 48.017 444.2 1008.900
 
 154............. 34 08 10.241 98 40 51.732 183.4 1010.568
 
 155............. 34 08 09.303 98 40 53.600 220.0 1011.655
 
 156............. 34 08 08.436 98 40 56.000 220.9 1009.856
 
 157............. 34 08 07.209 98 40 58.175 130.0 1010.133
 
 158............. 34 08 07.081 98 40 59.717 114.4 1010.161
 
 159............. 34 08 06.804 98 41 01.036 175.9 1010.384
 
 160............. 34 08 06.156 98 41 02.980 261.6 1011.160
 
 161............. 34 08 04.314 98 41 05.168 316.4 1012.580
 
 162............. 34 08 02.725 98 41 08.411 324.8 1012.877
 
 163............. 34 08 01.629 98 41 12.043 313.9 1014.135
 
 164............. 34 08 01.876 98 41 15.765 350.3 1016.944
 
 165............. 34 08 00.397 98 41 19.536 252.8 1011.401
 
 166............. 34 07 58.886 98 41 21.934 371.0 1015.183
 
 167............. 34 07 57.055 98 41 25.760 292.5 1012.405
 
 168............. 34 07 54.994 98 41 28.203 376.2 1013.566
 
 169............. 37 07 52.142 98 41 31.090 712.1 1016.206
 
 170............. 34 07 47.359 98 41 37.309 583.2 1013.766
 
 171............. 34 07 43.716 98 41 42.690 566.0 1014.762
 
 172............. 34 07 40.765 98 41 48.413 471.0 1021.654
 
 173............. 34 07 38.370 98 41 53.215 767.7 1021.368
 
 174............. 34 07 35.143 98 42 01.483 982.3 1015.166
 
 175............. 34 07 31.830 98 42 12.468 557.9 1017.401
 
 176............. 34 07 29.982 98 42 18.727 1207.1 1018.643
 
 177............. 34 07 25.571 98 42 32.073 208.4 1028.237
 
 178............. 34 07 25.410 98 42 34.545 324.6 1020.587
 
 179 ............ 34 07 24.659 98 42 38.298 385.1 1016.857
 
 180............. 34 07 23.411 98 42 42.626 183.9 1018.745
 
 181............. 34 07 22.481 98 42 44.505 165.2 1028.082
 
 182............. 34 07 21.094 98 42 45.546 531.6 1027.881
 
 183............. 34 07 18.312 98 42 50.911 657.5 1024.334
 
 R. M. No. 14.... 34 07 11.808 98 42 50.911 ...... 1052.780
 
 B. M. 1. Elevation, 1062.333 Feet.
 
 
 284
 Burkburnett, about 5 miles northwest of; about 1/2 mile northeast of Bradley's Corner; on hill overlooking Red river valley; on property of Magna Oil and Refining Company; about 30 feet south of office; 1.5 feet west of fence on east line of property; standard iron post, stamped 'No. 1. Elev. 1062.2.'
 
 
 285
 Latitude 34x08'29.749"; longitude 98x37'51.362".
 
 
 286
 B. M. 2. Elevation, 1009.115 Feet.
 
 
 287
 Burkburnett, about 4 1/2 miles northwest of; about 1 3/4 miles northeast of Bradley's Corner; about 1 mile west of south end of Devol bridge over Red river; about 1/2 mile north of bluff; 250 feet south of Bridgetown-Devol road; 100 feet west of telephone line; on west end of high sand ridge; standard iron post stamped 'No. 2. Elev. 1009.0.'
 
 
 288
 Latitude 34x08'54.564"; longitude 98x36'48.056".
 
 
 289
 B. M. 3. Elevation, 1004.062 Feet.
 
 
 290
 Burkburnett, about 5 1/2 miles northwest of; about 1 mile northeast of Bradley's Corner; about 1 mile southwest of west end of Goat Island; about 1/2 mile north of bluff; on west end of sand ridge; 300 feet north of Bridgetown-Devol road; standard iron post stamped 'No. 3. Elev. 1003.9.'
 
 
 291
 Latitude 34x09'00.444"; longitude 98x37'41.864".
 
 
 292
 B. M. 4. Elevation, 1004.430 Feet.
 
 
 293
 Burkburnett, about 7 miles northwest of; about 1 mile northeast of Bridgetown; 3/4 mile east of Grandfield bridge over Red river; 800 feet north of bluff; about 200 feet north of pump house; 15 feet south of road from Grandfield bridge to Devol bridge; standard iron post stamped 'No. 4. Elev. 1004.3.'
 
 
 294
 Latitude 34x08'40.585"; longitude 98x39'27.621".
 
 
 295
 B. M. 5. Elevation, 1009.373 Feet.
 
 
 296
 Bridgetown, 1/2 mile north of; about 650 feet southwest of south end of Grandfield bridge over Red river; at southeast corner of United States receiver's office; standard iron post stamped 'No. 5. Elev. 1009.3.'
 
 
 297
 Latitude 34x08'29.406"; longitude 98x40'09.353".
 
 
 298
 B. M. 6. Elevation, 1111.967 Feet.
 
 
 299
 Bridgetown; east side of the main road; 3 feet northwest of southwest corner of galvanized iron store and rooming house; standard iron post stamped 'No. 6. Elev. 1111.8.'
 
 
 300
 Latitude 34x08'11.501"; longitude 98x40'06.737".
 
 
 301
 B. M. 7. Elevation, 1117.261 Feet.
 
 
 302
 Bridgetown, 1 1/4 miles southwest of; 1,000 feet southwest of farmhouse in grove on south side of road; about 800 feet west of T-road west; in fence line, on highest part of ridge; standard iron post stamped 'No. 7. Elev. 1117.2.'
 
 
 303
 Latitude 34x07'42.259"; longitude 98x41'16.444".
 
 
 304
 B. M. 8. Elevation, 1020.026 Feet.
 
 
 305
 Bridgetown, 1 1/2 miles southwest of; on bank of Red river; 60 feet south of channel; 60 feet southeast of mouth of small drain; 10 feet east of clump of three elm trees; standard iron post stamped 'No. 8. Elev. 1019.9.' 98x41'38.151". 38.151".
 
 
 306
 B. M. 9. Elevation, 1024.337 Feet.
 
 
 307
 Bridgetown; 2 3/4 miles southwest of; 60 feet south of bank of Red river; on point of ridge on west side of small drain from south; 5 feet west of 12-inch elm tree; standard iron post stamped 'No. 9. Elev. 1024.2.'
 
 
 308
 Latitude 34x07'23.258"; longitude 98x42'42.197".
 
 
 309
 B. M. 10. Elevation, 1011.904 Feet.
 
 
 310
 Burkburnett, 2 miles northwest of; about one mile south-southwest of south end of Wichita Falls & Northwestern Railway bridge over Red river; about 450 feet west of curve in railroad track; 50 feet southeast of northeast corner of net fence; near edge of hills; standard iron post stamped 'No. 10. Elev. 1011.65.'
 
 
 311
 Latitude 34x07'34.826"; longitude 98x33'50.075".
 
 
 312
 B. M. 11. Elevation, 978.699 Feet.
 
 
 313
 Burkburnett, 2 miles north of; 500 feet west of fence line; 76 feet south of twin cottonwood trees; on sand ridge; standard iron post stamped 'No. 11. Elev. 978.55.'
 
 
 314
 Latitude 34x07'08.418"; longitude 98x33'18.984".
 
 
 315
 B. M. 12. Elevation, 964.626 Feet.
 
 
 316
 Burkburnett bridge over Red river, about 1/2 mile east of; 200 feet west of witness post No. 12; 80 feet east of fence; 6 feet south of Red river; in west fence line; standard bronze tablet set in sandstone outcrop, stamped '964.6.'
 
 
 317
 Latitude 34x05'47.296"; longitude 98x31'54.876".
 
 
 318
 B. M. 13. Elevation, 969.393 Feet.
 
 
 319
 Burkburnett, about 2 1/2 miles east of; 1 mile west of Burkburnett toll bridge; about 1,000 feet west of pumping plant; 200 feet south of slough; 150 feet northwest of spring; 40 feet north of 20-inch elm tree; 30 feet west of road; 2 feet east of fence corner at foot of bluff; standard iron post stamped '969.4.'
 
 
 320
 Latitude 34x06'35.416"; longitude 98x33'13.675".
 
 
 321
 On March 26, 1923, before entering upon our work, we appeared before C. Elmore Cropley, notary public of the District of Columbia, in the office of the clerk of the Supreme Court of the United States, and subscribed to the following oath:
 
 
 322
 'I, (Arthur D. Kidder and Arthur A. Stiles, subscribed individually), having been appointed one of the commissioners to run, locate and mark the state line between the states of Oklahoma and Texas in accordance with the partial decree relating to state boundary entered March 12, 1923, and the opinion of this court delivered January 15, 1923, do solemnly swear that I will faithfully and impartially perform the duties of the office upon which I am about to enter, to the best of my abilities, and that I will support the Constitution of the United States. So help me God.'
 
 
 323
 A statement of the time employed and the expense incurred in the performance of the work will be the subject of a later report.
 
 
 324
 Five copies each of the report and maps have been to-day sent by registered mail to the Attorney General of the United States, the Attorney General of Texas and the Attorney General of Oklahoma. We also have filed with the clerk of the court fifty copies of the report and maps for the use of such private interveners as may apply for them. Thirty additional copies of the report and maps have been filed with the clerk for such disposition as the court may direct.
 
 
 325
 The originals of the three maps hereinbefore named are bound with the original report, and appear in the following order: Map No. 1, Map No. 2, Sheets Nos. 1 and 2, and Map No. 3, Sheets Nos. 1, 2, 3 and 4.
 
 
 326
 Respectfully submitted,
 
 
 327
 Arthur D. Kidder,
 
 
 328
 Arthur A. Stiles, Commissioners.
 
 
 329
 Washington, D. C., April 25, 1924.
 
 
 330
 Report of Medial Line Survey.[1] To the Chief Justice and the Associate Justices of the Supreme Court of the United States:
 
 
 331
 In obedience to and in conformity with the order of June 4, 1923 (262 U. S. 505, 43 Sup. Ct. 701, 67 L. Ed. 1094), we have surveyed and run upon the ground and have delineated upon an appropriate map the medial line between the state boundary along the south bank of Red river and the northerly bank thereof for a distance of three miles in the vicinity of the river bed oil wells, and we beg to submit this joint report of that work, with field notes and map.
 
 
 332
 The survey was begun June 29, 1923, and completed February 17, 1924. The location of the medial line, as so established and delineated, conforms to the physical situation existing on December 31, 1923, the date as of which we ran, located and marked the boundary between the states of Texas and Oklahoma along the reveivership oil area as shown and described in our report thereof filed contemporaneously with this report.
 
 
 333
 Besides locating the state boundary along the south bank as shown in the other report, a meander line of the north bank was run in the usual manner, for purposes of accurate platting and to aid in determining the location of the medial line. Temporary markers were placed at the angle points along the north bank.
 
 
 334
 The establishment of the medial line conforms specifically to the provisions of the fifth paragraph of the decree of March 12, 1923 (261 U. S. 345, 43 Sup. Ct. 376, 67 L. Ed. 687), entitled 'Supplement to Partial Decree of June 5, 1922,' which paragraph reads as follows:
 
 
 335
 '5. In the sense intended herein, the medial line of the river is a line drawn midway between the northerly and southerly banks of the river, commonly called cut banks, save that, under a stipulation between the parties affected, to which full effect must be given, this line, in so far as it reaches and is in contact with patented or allotted tracts which are within what is now the bed of the river, shall be regarded and treated as falling no farther north than the southerly line of such tracts as the same were represented by the official survey according to which they were patented or allotted.'
 
 
 336
 To carry out those provisions, the 1875 meander line of section 8, of township 5 south, range 14 west, of the Indian meridian, in Oklahoma, was retraced and re-established, because that line forms the southerly line of patented or allotted tracts, which are within what is now the bed of the river, as such southerly line was represented by the official survey of the United States according to which those tracts were patented or allotted. The meander line of 1875 was retraced and re-established in conformity with the rules stated in the Manual of Instructions for the Survey of the Public Lands of the United States, with markers located in true position.
 
 
 337
 The location of the medial line was then determined by running twenty-three cross-sections of the river, by accurate measurement from bank to bank to determine the exact mid-point positions. These mid-points were then connected by straight and curved lines in a manner designed to produce a true and connected medial line conforming to the directions and curves of the two banks, considered together. Markers were placed in the river bed to show and aid in retracing the line. A number of the markers are immediately on the medial line, but some are only near to it and are in the nature of witness posts, being connected up with the line by course and distance as shown in the field notes.
 
 
 338
 All of these markers are heavy iron pipe, called 'drill stem,' 4 inches in diameter, 20 feet long, driven through the sand into the hard clay and shale of the river bed, leaving 30 inches exposed. The material, outfit and crew for this work were furnished by the receiver in this suit. Bronze tablets were placed in the tops of the pipes, each tablet being marked as indicated upon the map.
 
 
 339
 The map which forms a part of this report, is more specifically identified as Map No. 2 of the boundary survey, and is a cadastral map of the oil field region, in two sheets, Nos. 1 and 2.
 
 
 340
 All oil wells within 300 feet of the medial line have been accurately located and are shown in the field notes and upon the map.
 
 The field notes follow:
 
 341
 MEANDERS OF NORTH BANK.
 
 
 342
 Beginning at witness post No. 100, near the north point of the 'Big Bend,' as such post is described in the field notes of the boundary survey, and from which post a point on the south bank of the river bears N. 15x W., 16 ft. dist.; thence
 
 
 343
 N. 11x00' W., on river cross-section, 2,157.5 ft. ft. (32.690 chs.), to angle point No. 200 on north bank of river.
 
 
 344
 Thence with meanders of north bank of river, upstream.
 
 
 345
 Bearing. Distance. Angle Point.
 
 S. 79x 43' W............... 726.1 ft. (11.001 chs.)
 to........................ A. P. 201
 
 S. 77x 46' W............... 864.9 " (13.104 chs.)
 "......................... " 202
 
 S. 72x 40' W............... 515.9 " ( 7.817 chs.)
 "......................... " 203
 
 
 From A. P. 203, the 1/4 sec. cor. between sections 34 and 35,
 T. 4 S., R. 14 W., bears north, 273.2 ft. (4.139 chs.) dist.;
 thence from A. P. 203
 
 
 S. 85x 14' W.............. 362.6 ft. ( 5.494 chs.)
 to....................... A. P. 204
 
 S. 70x 20' W.............. 1343.7 " (20.359 chs.)
 "........................ " 205
 
 S. 85x 46' W.............. 367.4 " ( 5.566 chs.)
 "........................ " 206
 
 S. 75x 32' W.............. 480.3 " ( 7.277 chs.)
 "........................ " 207
 
 S. 68x 40' W.............. 412.4 " ( 6.249 chs.)
 "........................ " 208
 
 S. 77x 56' W.............. 1081.5 " (16.387 chs.)
 "........................ " 209
 
 S. 76x 10' W.............. 1019.5 " (15.447 chs.)
 "........................ " 210
 
 S. 77x 12' W.............. 378.0 " ( 5.728 chs.)
 "........................ " 211
 
 
 From A. P. 211, the 1/4 sec. cor. between sections 33 and 34,
 T. 4 S., R. 14 W., bears north, 1,639.3 ft. (24.838 chs.) dist.;
 thence from A. P. 211
 
 S. 73x 12' W.............. 330.7 ft. ( 5.010 chs.)
 to....................... A. P. 212
 
 S. 61x 01' W.............. 414.6 " ( 6.282 chs.)
 "........................ " 213
 
 S. 71x 54' W.............. 299.2 " ( 4.533 chs.)
 "........................ " 214
 
 S. 62x 50' W.............. 1100.4 " (16.673 chs.)
 "........................ " 215
 
 S. 51x 44' W.............. 148.4 " ( 2.248 chs.)
 "........................ " 216
 
 
 From A. P. 216, the meander corner between sections sections
 4 and 33, on the line between townships 4 and 5 south, range 14
 west, bears west, 104.9 ft. (1.589 chs.) dist.; thence from A. P.
 216
 
 S. 56x 25' W............. 137.4 ft. ( 2.082 chs.)
 to...................... A. P. 217
 
 S. 38x 15' W............. 644.5 " ( 9.765 chs.)
 "....................... " 218
 
 S. 49x 53' W............. 171.7 " ( 2.602 chs.)
 "....................... " 219
 
 S. 38x 41' W............. 384.1 " ( 5.820 chs.)
 "....................... " 220
 
 S. 27x 37' W............. 174.8 " ( 2.649 chs.)
 "....................... " 221
 
 S. 42x 23' W............. 218.8 " ( 3.315 chs.)
 "....................... " 222
 
 S. 54x 38' W............. 196.2 " ( 2.972 chs.)
 "....................... " 223
 
 S. 64x 54' W............. 334.9 " ( 5.074 chs.)
 "....................... " 224
 
 S. 55x 19' W............. 831.6 " (12.600 chs.)
 "....................... " 225
 
 S. 50x 43' W............. 503.8 " ( 7.634 chs.)
 "....................... " 226
 
 S. 67x 20' W............. 970.5 " (14.704 chs.)
 "....................... " 227
 
 
 At 568.1 ft. (8.607 chs.) on the above course intersect N.
 and S. line at a point from which the meander corner between
 section 4 and 5, T. 5 S., R. 14 W., bears north, 686.6 ft. (10.403
 chs.) dist.; thence from A. P. 227
 
 S. 60x 04' W.............. 282.5 ft. ( 4.280 chs.)
 to....................... A. P. 228
 
 S. 73x 44' W.............. 276.3 " ( 4.187 chs.)
 "........................ " 229
 
 N. 64x 48' W.............. 374.4 " ( 5.673 chs.)
 "........................ " 230
 
 N. 69x 48' W.............. 344.1 " ( 5.214 chs.)
 "........................ " 231
 
 N. 75x 49' W.............. 429.6 " ( 6.509 chs.)
 "........................ " 232
 
 N. 86x 40' W.............. 625.0 " ( 9.469 chs.)
 "........................ " 233
 
 
 From A. P. 233, a witness post bears N. 1x55' W., 80.4 ft.
 (1.218 chs.) dist.; thence from A. P. 233
 
 S. 68x 16' W.............. 204.5 ft. ( 3.098 chs.)
 to....................... A. P. 234
 
 S. 58x 02' W.............. 461.5 " ( 6.992 chs.)
 "........................ " 235
 
 S. 58x 15' W.............. 648.6 " ( 9.827 chs.)
 "........................ " 236
 
 S. 61x 52' W.............. 710.4 " (10.763 chs.)
 "........................ " 237
 
 S. 46x 23' W.............. 478.8 " ( 7.255 chs.)
 "........................ " 238
 
 S. 41x 57' W.............. 602.0 " ( 9.121 chs.)
 "........................ " 239
 
 S. 60x 27' W.............. 949.9 " (14.392 chs.)
 "........................ " 240
 
 
 At 157.2 ft. (2.382 chs.) on the above course, intersect the
 line between sections 5 and 6, T. 5 S., R. 14 W., at a point from
 which the 1/4 section corner bears N. 0x15' W., 1,789.6 ft.
 (27.115 chs.) dist.; thence from A. P. 240
 
 S. 54x 55' W.............. 326.8 ft. ( 4.951 chs.)
 to....................... A. P. 241
 
 S. 44x 48' W.............. 515.8 " ( 7.815 chs.)
 "........................ " 242
 
 
 At 368.0 ft. (5.575 chs.) on the above course intersect the
 line between sections 6 and 7, T. 5 S., R. 14 W., at a point from
 which the 1/4 section corner bears N. 89x29' W., 1,433.5 ft.
 (21.720 chs.) dist.; thence from A. P. 242
 
 S. 49x 10' W.............. 372.5 ft. ( 5.644 chs.)
 to....................... A. P. 243
 
 S. 46x 28' W.............. 270.4 " ( 4.097 chs.)
 "........................ " 244
 
 S. 38x 14' W.............. 343.0 " ( 5.197 chs.)
 "........................ " 245
 
 S. 60x 04' W.............. 214.0 " ( 3.242 chs.)
 "........................ " 246
 
 S. 53x 53' W.............. 340.4 " ( 5.158 chs.)
 "........................ " 247
 
 S. 40x 25' W.............. 516.1 " ( 7.819 chs.)
 "........................ " 248
 
 S. 61x 12' W.............. 391.4 " ( 5.931 chs.)
 "........................ " 249
 
 S. 73x 28' W.............. 1043.7 " (15.814 chs.)
 "........................ " 250
 
 S. 71x 06' W.............. 536.0 " ( 8.121 chs.)
 "........................ " 251
 
 S. 67x 35' W.............. 663.3 " (10.050 chs.)
 "........................ " 252
 
 
 346
 From A. P. 252, north range line station 15/14, of the boundary survey, bears north, 2,422.0 ft. (36.698 chs.) dist.; from the same angle point the corner of sections 1, 6, 7 and 12, on the line through township 5 south, between ranges 14 and 15 west, bears north, 2,452.0 ft. (37.152 chs.) dist.
 
 
 347
 Re-establishment of 1875 Meander Line, Section 8, T. 5 S., R. 14 W.
 
 
 348
 Beginning at the 1/4 sec. cor. between secs. 5 and 6, T. 5 S., R. 14 W., which is an iron post marked and witnessed by one bearing tree as described in the official field notes on file in the General Land Office thence
 
 
 349
 S. 0x15' E., between secs. 5 and 6, 2640.7 ft. (40.01 chs.), to true point for cor. of secs. 5, 6, 7 and 8, in the river bed, unmarked.
 
 
 350
 Beginning again at the 1/4 sec. cor. between secs. 6 and 7, T. 5 S., R. 14 W., which is a sandstone and iron post as described in the official field notes, thence
 
 
 351
 S. 89x29' E., between secs. 6 and 7, 2651.9 ft. (40.18 chs.), to true point for cor. of secs. 5, 6, 7 and 8; thence
 
 
 352
 East, between secs. 5 and 8, 1959.5 ft. (29.69 chs.), to true point for 1875 meander corner, in river bed; set a drill stem marker as previously described.
 
 
 353
 Returning to true point for cor. of secs. 5, 6, 7 and 8, thence
 
 
 354
 South, between secs. 7 and 8, 3070.3 ft. (46.52 chs.), to true point for 1875 meander corner, in river bed; set a drill stem marker as previously described.
 
 
 355
 After having run the river bed cross-sections as hereinbefore described, it is found that the medial line intersects the 1875 meander line of section 7 at a point S. 50x30' W., 104.9 ft. (1.590 chs.) counting from the meander corner of secs. 7 and 8; said medial line is shown upstream upon the map, but has not been marked in the river bed.
 
 
 356
 Thence from the meander corner of sections 7 and 8, running downstream with re-establishment of the 1875 meander line, setting drill stem markers for angle points in Sec. 8, T. 5 S., R. 14 W.
 
 
 357
 N. 68 x 56' E........... 969.3 ft. (14.686 chs.)
 to..................... A. P. 1, Sec. 8
 
 N. 22 x 00' E........... 988.6 " (14.979 ") " "
 2,................... " "
 
 N. 21 x 45' E........... 1318.1 " (19.971 ") " "
 3,................... " "
 
 
 358
 At 145.8 ft. (2.209 chs.) on the above course, set a drill stem with bronze tablet marked 'Initial Poinst Medial Line'; at 369.0 ft (5.59 chs.) on the same course, intersect the medial line according to its position on December 31, 1923, this point is not marked. At this point the medial line departs from the position of the 1875 meander line, running dewnstream as shown upon the map and more specifically hereinafter described.
 
 Thence from A. P. 3, Sec. 8
 
 359
 N. 18x30' E., 614.9 ft. (9.317 chs.) to the 1875 meander corner between secs. 5 and 8, previously described.
 
 
 360
 TRAVERSE OF MEDIAL LINE MARKERS.
 
 
 361
 Beginning at the 'initial point' of the medial line, on the 1875 meander line of Sec. 8, T. 5 S., R. 14 W., which marker is located at a point S. 21x45' W., 223.2 ft. from the December 31, 1923, position of the medial line, previously described, thence with traverse of medial line markers running downstream, with connections to true medial line position:
 
 
 362
 Connections to
 
 Bearing. Distance. Witness Post.
 True Medial Line Position.
 
 S 87x 19' E 112.9 ft to W. P. M. P.
 2 N 8x 35' W 215.0 ft
 
 1.710 chs.
 
 N 84x 25' E 471.6 ft to W. P. M. P.
 3 N 28x 00' W 399.3 ft
 
 7.145 chs.
 
 N 71x 33' E 325.6 ft to W. P. P. C.
 N 29x 00' W 460.0 ft
 
 4.933 chs.
 
 
 Counting again from W. P. M. P. 3
 
 N 71x 04' E 890.7 ft to W. P. M. P.
 4 N 29x 00' W 558.0 ft
 
 13.496 chs.
 
 N 70x 01' E 1028.5 ft to W. P. M. P.
 5 N 29x 00' W 715.0 ft
 
 15.584 chs.
 
 N 60x 18' E 461.1 ft to W. P. M. P.
 6 N 34x 45' W 709.5 ft
 
 6.987 chs.
 
 N 65x 52' E 1520.2 ft to W. P. M. P.
 7 N 66x 45' W 660.0 ft
 
 23.034 chs. N 20x 00' E 260.7 ft
 
 N 39x 05' E 913.2 ft to W. P. M. P.
 8 On true line.
 
 13.837 chs.
 
 S 21x 56' W 204.4 ft to W. P. P. T.
 8 On true line.
 
 3.097 chs.
 
 
 
 Counting again from M. P. 8
 
 N 40x 35' E 506.2 ft to W. P. M. P.
 9 On true line.
 
 7.670 chs.
 
 N 59x 14' E 1367.3 ft to W. P. M. P.
 10 On true line.
 
 20.717 chs.
 
 
 From M. P. 10, witness corner Sec. 5, of the boundary survey,
 bears N. 55x19' W., 3,651.2 ft. (55.322 chs.) dist.; thence from
 M. P. 10
 
 N 63x 39' E 584.6 ft to W. P. M. P.
 11 On true line.
 
 8.858 chs.
 
 N 62x 43' E 1179.3 ft to W. P. M. P.
 12 On true line.
 
 17.868 chs.
 
 N 69x 14' E 943.1 ft to W. P. M. P.
 13 On true line.
 
 14.153 chs.
 
 N 68x 44' E 1055.5 ft to W. P. M. P.
 14 On true line.
 
 15.992 chs.
 
 N 56x 58' E 939.7 ft to W. P. M. P.
 15 On true line.
 
 14.283 chs.
 
 N 64x 38' E 1094.1 ft to W. P. M. P.
 16 On true line.
 
 16.578 chs.
 
 N 72x 18' E 546.3 ft to W. P. P. C.
 On true line.
 
 8.277 chs.
 
 N 59x 54' E 615.3 ft to W. P. P. T.
 On true line.
 
 9.322 chs.
 
 N 47x 29' E 784.3 ft to W. P. M. P.
 17 On true line.
 
 11.883 chs.
 
 N 49x 55' E 1231.2 ft to W. P. M. P.
 18 S 27x 45' E 89.1 ft
 
 18.655 chs. N 73 x 15' E 452.1 ft
 
 N 60x 23' E 925.2 ft to W. P. M. P.
 19 S 22x 45' E 75.9 ft
 
 14.018 chs.
 
 
 363
 From W. P. M. P. 19, 1/4 sec. cor. 34/35, of the boundary survey, bears N. 18x05' W., 1,497.3 ft. (22.686 chs.) dist.
 
 
 364
 From W. P. M. P. 19, the medial line is shown downstream upon the map, but has not been marked in the river bed. The total distance marked is three miles.
 
 
 365
 Oil Wells Within 300 Feet of Medial Line.
 
 Oil Wells in Patented or Alloted River-Bed
 
 366
 Tracts, North of Medial Line.
 
 
 367
 Staley-Wynns No. 1.
 
 
 368
 From the meander corner of Secs. 7 and 8, Staley-Wynne Owens well No. 1 bears N. 28x05' W., 316.2 ft. dist. This well is in lot 7, Sec. 7, T. 5 S., R. 14 W. The meander corner is the nearest point.
 
 
 369
 Capshaw No. 1.
 
 
 370
 From angle point No. 1, Sec. 8, Capshaw well No. 1 bears S. 75x03' W., 174.0 ft. dist. This well is in lot 2, Sec. 8, T. 5 S., R. 14 W. The nearest point on the 1875 meander line bears S. 21x E., 21.6 ft. dist.
 
 
 371
 Capshaw No. 2.
 
 
 372
 From angle point No. 1, Sec. 8, Capshaw well No. 2 bears N. 12x20' E., 315.2 ft. dist. This well is in lot 2, Sec. 8, T. S., R. 14 W. The nearest point on the 1875 meander line bears S. 68x E., 63.7 ft. dist.
 
 
 373
 Capshaw No. 3.
 
 
 374
 From witness post mid-point No. 2, Capshaw well No. 3 bears S. 55x52' W., 451.5 ft. dist. This well is in lot 2, Sec. 8, T. 5 S., R. 14 W. The nearest point on the 1875 meander line bears S. 68x E., 144 ft. dist.
 
 
 375
 Marshall.
 
 
 376
 From witness post mid-point No. 2, the Marshall shall well bears N. 1x52' E., 581.6 ft. dist. This well is in lot 3, Sec. 8, T. 5 S., R. 14 W. The nearest point on the medial line bears S. 30x30' E., 287 ft. dist.
 
 
 377
 Other Oil Wells North of Medial Line.
 
 
 378
 Okla.-Texas Goehler No. 1.
 
 
 379
 From mid-point No. 11, Okla.-Texas Goehler well No. 1 bears N. 0x28' E., 199.2 ft. dist. This well is in the river bed north of the medial line. The nearest point on the medial line bears S. 23x00' E., 181 ft. dist.
 
 
 380
 Okla.-Texas Goehler No. 3.
 
 
 381
 From mid-point No. 11, Okla.-Texas Goehler well No. 3 bears N. 46x32' E., 402.0 ft. dist. This well is in the river bed north of the medial line. The nearest point on the medial line bears S. 25x45' E., 132 ft. dist.
 
 
 382
 Okla.-Texas Goehler No. 4.
 
 
 383
 From mid-point No. 11, Okla.-Texas Goehler well No. 4 bears N. 54x39' E., 692.5 ft. dist. This well is in the river bed north of the medial line. The nearest point on the medial line bears S. 28x30' E., 120 ft. dist.
 
 
 384
 Okla.-Texas Goehler No. 5.
 
 
 385
 From mid-point No. 11, Okla.-Texas Goehler well No. 5 bears N. 55x14' E., 976 ft. dist. This well is in the river bed north of the medial line. The nearest point on the medial line bears S. 31x00' E., 144 ft. dist.
 
 
 386
 F. R. No. 143.
 
 
 387
 From mid-point No. 15, F. R. 143 bears N. 7x20' W., 366 ft. dist. This well is in the river bed north of the medial line. The nearest point on the medial line bears S. 31x00' E., 333 ft. dist.
 
 
 388
 Oil Wells South of Medial Line.
 
 
 389
 F. R. No. 181.
 
 
 390
 From angle point No. 1, Sec. 8, T. 5 S., R. 14 W., F. R. 181 bears S. 33x20' E., 182.9 ft. dist. This well is in the river bed southeast of Lot 1, Sec. 8. Angle point No. 1 is the nearest point on the 1875 meander line.
 
 
 391
 F. R. No. 223.
 
 
 392
 From angle point No. 1, Sec. 8, T. 5 S., R. 14 W., F. R. 223 bears N. 32x39' E., 316.0 ft. dist. This well is in the river bed southeast of lot 2, Sec. 8. The nearest point on the 1875 meander line bears N. 68x W., 58.3 ft. dist.
 
 
 393
 F. R. No. 225.
 
 
 394
 From witness post mid-point No. 2, F. R. 225 bears S. 3x15' W., 482 ft. dist. This well is in the river bed southeast of lot 2, Sec. 8, T. 5 S., R. 14 W. The nearest point on the 1875 meander line bears N. 68x W., 264 ft. dist.
 
 
 395
 F. R. No. 171.
 
 
 396
 From witness post mid-point No. 4, F. R. 171 bears N. 59x00' W., 380 ft. dist. This well is in the river bed south of the medial line. The nearest point on the medial line bears N. 29x00' W., 225 ft. dist.
 
 
 397
 F. R. No. 168.
 
 
 398
 From witness post mid-point No. 4, F. R. 168 bears N. 23x57' W., 356 ft. dist. This well is in the river bed south of the medial line. The nearest point on the medial line bears N. 29x00' W., 203 ft. dist.
 
 
 399
 F. R. No. 166.
 
 
 400
 From witness post mid-point No. 5, F. R. 166 bears N. 36x00' W., 554 ft. dist. This well is in the river bed south of the medial line. The nearest point on the medial line bears N. 29x00' W., 162 ft. dist.
 
 
 401
 As previously stated, it was found desirable to delineate the medial line on Map No. 2 of the survey of the boundary between the two states.
 
 
 402
 Five copies each of this report and map have been sent by registered mail to the Attorney General of the United States, the Attorney General of Texas, and the Attorney General of Oklahoma. Fifty copies have been filed with the clerk of the court for the use of such private interveners as may apply for them. Thirty additional copies of the report and map have been filed with the clerk for such disposition as the court may direct.
 
 
 403
 A statement of the time employed and the expense incurred in the medial line work will be the subject of later report.
 
 
 404
 Very respectfully,
 
 
 405
 Arthur D. Kidder,
 
 
 406
 Arthur A. Stiles, Commissioners.
 
 
 407
 Washington, D. C., April 25, 1924.
 
 
 408
 And on consideration of the exceptions presented to such report and of the protests made against the same:
 
 
 409
 It is now adjudged, ordered, and decreed that the exceptions and protests be overruled and that the report be in all respects confirmed.
 
 
 410
 It is further adjudged, ordered, and decreed that the line delineated and set forth in the report and on the maps accompanying the same and referred to therein be established and declared to be the true boundary between the states of Texas and Oklahoma along the part of the Red river designated in such report, subject however to such changes as may hereafter be wrought by the natural and gradual processes known as erosion and accretion as specified in the second, third and fourth paragraphs of the decree rendered herein March 12, 1923. 261 U. S. 340, 43 Sup. Ct. 376, 67 L. Ed. 687.
 
 
 411
 It is further ordered that the clerk of this court do transmit to the chief magistrates of the states of Texas and Oklahoma copies of this decree, duly authenticated under the seal of this court, together with copies of the maps which accompanied the report of the commissioners.
 
 
 
 [1]
 This report not included in volume 265, U. S. Reports.